# EXHIBIT 9

**Samsung Claim Chart – U.S. Patent No. 11,868,178**

| Claims | Samsung Accused Product |
|---|---|
| **[1-P]** 1. A finger-worn wearable ring device, comprising: | Plaintiff asserts that the preamble is limiting. Samsung Accused Product is a finger-worn wearable ring device. For example, Samsung advertises on its website that the Accused Product is a "health tracker" worn "on your finger":<br><br>**AI-powered health tracker on your finger**<br>The more you wear your Galaxy Ring, the smarter it gets. Slip Galaxy Ring on your finger and let it **track** your health all day. Then, check the Samsung Health app to see the **comprehensive** health report **Galaxy AI** put together. 2, 7, 11, 12, 13<br>https://www.samsung.com/us/rings/galaxy-ring/<br><br><br>**Fits like a dream**<br>Get personalized sleep insights with a sleep tracker that's so comfortable, you won't even notice it's there.[1]<br>https://www.samsung.com/us/rings/galaxy-ring/buy/galaxy-ring-titanium-gold-sm-q50xnzdaxar/ |

**Samsung Claim Chart – U.S. Patent No. 11,868,178**

| Claims | Samsung Accused Product |
| --- | --- |
| | **Tips for wearing your ring properly**<br><br>There are a few things to keep in mind when wearing the Galaxy Ring. You can review our tips for more information:<br>• Ensure the orientation indicator on the side of the ring is facing towards your palm.<br>• Make sure the ring fits and there are no gaps between your skin and the ring's inner surface. This will ensure proper health tracking.<br>• Wear the ring on your non-dominant hand to avoid scratching it.<br>• Do not wear metal jewelry on adjacent fingers.<br>• Remove the ring when handling heavy or hard objects.<br>• Avoid wearing the ring when handling magnets, as these may interrupt the health tracking features.<br>https://www.samsung.com/us/support/answer/ANS10003280/ (confirming that each of the Samsung Accused Product is a wearable ring device worn on a finger of a user). |
| **[1-A]** an external housing component defining an outer circumferential surface of the finger-worn wearable ring device | Samsung Accused Product includes an external housing component defining an outer circumferential surface of the finger-worn wearable ring device: |

**Samsung Claim Chart – U.S. Patent No. 11,868,178**

| Claims | Samsung Accused Product |
| --- | --- |
| |     |

**Samsung Claim Chart – U.S. Patent No. 11,868,178**

| Claims | Samsung Accused Product |
|---|---|
| |   P2110140.JPG   P2120267.JPG |

**Samsung Claim Chart – U.S. Patent No. 11,868,178**

| Claims | Samsung Accused Product |
|---|---|
| **[1-B1]** an internal housing component defining an inner circumferential surface of the finger-worn wearable ring device, | Samsung Accused Product includes an internal housing component defining an inner circumferential surface of the finger-worn wearable ring device:<br><br><br>P2110110.JPG<br><br><br>P2110030.JPG |

**Samsung Claim Chart – U.S. Patent No. 11,868,178**

| Claims | Samsung Accused Product |
|---|---|
| | P2110091.JPG<br>P2110140.JPG |

**Samsung Claim Chart – U.S. Patent No. 11,868,178**

| Claims | Samsung Accused Product |
|---|---|
| |   |
| **[1-B2]** the internal housing component coupled with the external housing component, | Samsung Accused Product includes the external housing component coupled with the internal housing component: |

| Claims | Samsung Accused Product |
| --- | --- |
| |   P2110091.JPG   P2120308.JPG |

**Samsung Claim Chart – U.S. Patent No. 11,868,178**

| Claims | Samsung Accused Product |
|---|---|
| | reduce the amount of clutter in the image.<br><br>On the right hand side of the ring is the faint outline of a lithium polymer battery pouch. There's an inductive coil sitting right on top of the battery (the lines that look like a rectangular track) and another very similar inductive coil<br>https://www.ifixit.com/News/98423/samsungs-galaxy-ring-revealed (showing evidence of external and internal housing) |

| Claims | Samsung Accused Product |
| --- | --- |
| | <br>https://www.ifixit.com/News/98423/samsungs-galaxy-ring-revealed (showing evidence of external and internal housing) |
| **[1-B3]** wherein at least a portion of the inner circumferential surface of the internal housing component is configured to contact a tissue of a user when the finger-worn wearable ring device is being worn by the user; | Samsung Accused Product includes at least a portion of the inner circumferential surface of the internal housing component configured to contact a tissue of a user when the finger-worn wearable ring device is being worn by the user: |

**Samsung Claim Chart – U.S. Patent No. 11,868,178**

| Claims | Samsung Accused Product |
|---|---|
| | <br><br>P2110110.JPG<br><br>**AI-powered health tracker on your finger**<br>The more you wear your Galaxy Ring, the smarter it gets. Slip Galaxy Ring on your finger and let it **track** your health all day. Then, check the Samsung Health app to see the **comprehensive** health report **Galaxy AI** put together. [2, 7, 11, 12, 13]<br>https://www.samsung.com/us/rings/galaxy-ring/ |

| Claims | Samsung Accused Product |
|---|---|
| | <br>https://www.samsung.com/us/rings/galaxy-ring/buy/galaxy-ring-titanium-gold-sm-q50xnzdaxar/ |

**Samsung Claim Chart – U.S. Patent No. 11,868,178**

| Claims | Samsung Accused Product |
|---|---|
| | Tips for wearing your ring properly<br><br>There are a few things to keep in mind when wearing the Galaxy Ring. You can review our tips for more information:<br>• Ensure the orientation indicator on the side of the ring is facing towards your palm.<br>• Make sure the ring fits and there are no gaps between your skin and the ring's inner surface. This will ensure proper health tracking.<br>• Wear the ring on your non-dominant hand to avoid scratching it.<br>• Do not wear metal jewelry on adjacent fingers.<br>• Remove the ring when handling heavy or hard objects.<br>• Avoid wearing the ring when handling magnets, as these may interrupt the health tracking features.<br>https://www.samsung.com/us/support/answer/ANS10003280/ |
| **[1-C1]** a battery positioned within a cavity formed between the internal housing | Samsung Accused Product includes a battery positioned within a cavity formed between the internal housing component and the external housing component: |

| Claims | Samsung Accused Product |
|---|---|
| component and the external housing component, | <br>P2120267.JPG<br><br>P2110151.JPG |

**Samsung Claim Chart – U.S. Patent No. 11,868,178**

| Claims | Samsung Accused Product |
| --- | --- |
| | <br><br>P2120273.JPG<br><br><br>P2120308.JPG |

**Samsung Claim Chart – U.S. Patent No. 11,868,178**

| Claims | Samsung Accused Product |
|---|---|
| | Galaxy Ring specifications and information<br><br>• **Battery**: The total battery life of the Ring will depend on its size. For example, size 5 offers 18mAH and size 13 offers 23.5mAh. The Ring also provides up to 7 days of battery life when fully charged using the charging case. It will take 80 minutes to fully charge with the case.<br>https://www.samsung.com/us/support/answer/ANS10003278/ (confirming battery) |

| Claims | Samsung Accused Product |
|---|---|
| | reduce the amount of clutter in the image.<br><br>On the right hand side of the ring is the faint outline of a lithium polymer battery pouch. There's an inductive coil sitting right on top of the battery (the lines that look like a rectangular track) and another very similar inductive coil<br>https://www.ifixit.com/News/98423/samsungs-galaxy-ring-revealed (showing battery positioned within a cavity) |

| Claims | Samsung Accused Product |
|---|---|
| **[1-C2]** wherein the battery comprises a shape and size configured to fit within the cavity between the outer circumferential surface of the external housing component and the inner circumferential surface of the internal housing component, and | Samsung Accused Product includes a battery that comprises a shape and size configured to fit within the cavity between the outer circumferential surface of the external housing component and the inner circumferential surface of the internal housing component: |

**Samsung Claim Chart – U.S. Patent No. 11,868,178**

| Claims | Samsung Accused Product |
|---|---|
| |   P2120267.JPG   P2110140.JPG |

**Samsung Claim Chart – U.S. Patent No. 11,868,178**

| Claims | Samsung Accused Product |
| --- | --- |
| | <br>https://www.samsung.com/us/rings/galaxy-ring/#battery (curved charger providing evidence of curved battery) |

**Samsung Claim Chart – U.S. Patent No. 11,868,178**

| Claims | Samsung Accused Product |
|---|---|
| | reduce the amount of clutter in the image.<br><br>On the right hand side of the ring is the faint outline of a lithium polymer battery pouch. There's an inductive coil sitting right on top of the battery (the lines that look like a rectangular track) and another very similar inductive coil<br>https://www.ifixit.com/News/98423/samsungs-galaxy-ring-revealed (showing curved battery) |
| **[1-C3]** wherein the battery extends through at least a first portion of the cavity of the finger-worn wearable ring device; | In the Samsung Accused Product, the battery extends through at least a first portion of the cavity of the finger-worn wearable ring device: |

**Samsung Claim Chart – U.S. Patent No. 11,868,178**

| Claims | Samsung Accused Product |
|---|---|
| |  |
| **[1-D]** a printed circuit board disposed between the internal housing component and the external housing component, wherein the printed circuit board extends through at least a second portion of the cavity of the finger-worn wearable ring device different from the first portion; and | Samsung Accused Product includes a printed circuit board disposed between the internal housing component and the external housing component, wherein the printed circuit board that extends through at least a second portion of the cavity of the finger-worn wearable ring device different from the first portion: |

| Claims | Samsung Accused Product |
|---|---|
| |     |

| Claims | Samsung Accused Product |
| --- | --- |
| | <br> |

**Samsung Claim Chart – U.S. Patent No. 11,868,178**

| Claims | Samsung Accused Product |
|---|---|
| |     |

| Claims | Samsung Accused Product |
|---|---|
| | https://www.ifixit.com/News/98423/samsungs-galaxy-ring-revealed (providing evidence of printed circuit board disposed)<br><br>https://www.ifixit.com/News/98423/samsungs-galaxy-ring-revealed (providing evidence of a printed circuit board disposed between the internal housing component and the external housing component) |
| **[1-E]** one or more sensors electrically coupled with the printed circuit board and the battery and configured to acquire data from the user through the internal housing component. | Samsung Accused Product includes one or more sensors electrically coupled with the printed circuit board and the battery and configured to acquire data from the user through the internal housing component: |

**Samsung Claim Chart – U.S. Patent No. 11,868,178**

| Claims | Samsung Accused Product |
|---|---|
| | <br><br>P2120287.JPG<br><br><br>P2120267.JPG |

| Claims | Samsung Accused Product |
|---|---|
| |         https://www.samsung.com/us/rings/galaxy-ring/ |

**Samsung Claim Chart – U.S. Patent No. 11,868,178**

| Claims | Samsung Accused Product |
|---|---|
| |   Samsung Galaxy User Guide, at 3, https://downloadcenter.samsung.com/content/UM/202410/20241023084019985/WEA_Q50X_EN_UG_XER_102224_FINAL_REV_1.1.pdf |

**Samsung Claim Chart – U.S. Patent No. 11,868,178**

| Claims | Samsung Accused Product |
|---|---|
| | **Specs**<br><br>Display<br>**Color** Titanium Black · **Material** Titanium · **Size** 9 sizes (US 5 - US 13)<br><br>Dimensions<br>**Width** 7.0mm · **Thickness** 2.6mm · **Weight** 2.3g (US 5) - 3.2g (US 13)<br>**Shipping Weight** 0.38 lb<br><br>Battery<br>**Ring** 18mAh (US 5) - 23.5mAh (US 13) · **Charging case** 361mAh · **Usage** up to 7 days<br>**Full charge** 80 min<br><br>Sensors<br>**Accelerometer** Yes · **PPG** 2PD + 3LED (R / 2xG / IR) · **Skin temperature** NTC-Temperature Sensor<br><br>Other Features<br>**MCU** nRF5340 (Nordic) · **RAM** 512KB + 64KB · **Memory** 8MB<br>**Connectivity** Bluetooth® 5.4 · **Water Resistance** 10ATM, IP68<br><br>https://www.samsung.com/us/rings/galaxy-ring/buy/galaxy-ring-titanium-gold-sm-q50xnzdaxar/ |

| Claims | Samsung Accused Product |
|---|---|
| |   https://www.ifixit.com/News/98423/samsungs-galaxy-ring-revealed (providing evidence of one or more sensors electrically coupled with a printed circuit board and the battery) |

| Claims | Samsung Accused Product |
| --- | --- |
| |  https://www.ifixit.com/News/98423/samsungs-galaxy-ring-revealed (providing evidence of one or more sensors electrically coupled with a printed circuit board and the battery) |