# EXHIBIT 11

**Samsung Claim Chart – U.S. Patent No. 12,346,159**

<table>
<tr><th>Claims</th><th>Samsung Accused Product</th></tr>
<tr><td>[1-P] A wearable ring device configured to be worn on a finger of a user and sense data related to physical movement, skin temperature, and blood oxygenation level of the user, comprising:</td><td>Plaintiff asserts that the preamble is limiting. Samsung Accused Product is a wearable ring device configured to be worn on a finger of a user and sense data related to physical movement, skin temperature, and blood oxygenation level of the user. For example, Samsung advertises on its website that the Accused Product is a “health tracker” worn “on your finger”:















</td></tr>
</table>

**Samsung Claim Chart – U.S. Patent No. 12,346,159**

| Claims | Samsung Accused Product |
|---|---|
| | <br>https://www.samsung.com/us/rings/galaxy-ring/ |

| Claims | Samsung Accused Product |
|---|---|
| | Tips for wearing your ring properly<br><br>There are a few things to keep in mind when wearing the Galaxy Ring. You can review our tips for more information:<br>• Ensure the orientation indicator on the side of the ring is facing towards your palm.<br>• Make sure the ring fits and there are no gaps between your skin and the ring's inner surface. This will ensure proper health tracking.<br>• Wear the ring on your non-dominant hand to avoid scratching it.<br>• Do not wear metal jewelry on adjacent fingers.<br>• Remove the ring when handling heavy or hard objects.<br>• Avoid wearing the ring when handling magnets, as these may interrupt the health tracking features.<br>https://www.samsung.com/us/support/answer/ANS10003280/ (confirming that each of the Samsung Accused Product is a wearable ring device worn on a finger of a user). |

| Claims | Samsung Accused Product |
|---|---|
| |  <br>https://www.samsung.com/us/rings/galaxy-ring/ (confirming sensing data related to physical movement) |

**Samsung Claim Chart – U.S. Patent No. 12,346,159**

| Claims | Samsung Accused Product |
|---|---|
| | <br>https://www.samsung.com/us/rings/galaxy-ring/ (confirming sensing data related to physical movement and heart rate) |

| Claims | Samsung Accused Product |
|---|---|
| | With the Galaxy Ring, you can keep track of your health and wellness using energy, sleep, heart rate, and activity tracking features. The data from each can be viewed in the Samsung Health app.<br>• **Energy Score**: Your energy score includes a comprehensive analysis of your measured sleep, daily activities, and heart rate data.<br>• **Sleep**: Analyze and record your sleep by measuring your heart rate, blood oxygen, and skin temperature.<br>• **Heart rate**: Measure and record your heart rate.<br>• **Workouts**: Galaxy Ring can automatically detect and track walking and running once you enable it in Samsung Health settings in the Galaxy Wearable app.<br>https://www.samsung.com/us/support/answer/ANS10003278/<br>(measuring heart rate, blood oxygen, and skin temperature)<br>Skin temperature<br>The Ring can measure changes in your skin temperature while you sleep to help you make a more optimal sleeping environment.<br>1. From **Galaxy Wearable**, tap **Sleep**.<br>2. Tap **More options** > **Advanced measurement** > **Skin temperature during sleep**.<br>3. Tap to enable the feature.<br>Samsung Galaxy User Guide, at 23, https://downloadcenter.samsung.com/content/UM/202410/20241023084019985/WEA_Q50X_EN_UG_XER_102224_FINAL_REV_1.1.pdf<br>**Sleep**<br>Your Ring analyses your sleep by measuring your heart rate, blood oxygen, skin temperature, and more while you are sleeping.<br>https://www.samsung.com/levant/support/mobile-devices/how-to-use-the-samsung-galaxy-ring/ |

**Samsung Claim Chart – U.S. Patent No. 12,346,159**

| Claims | Samsung Accused Product |
|---|---|
| | <br>**Ready, set, track**<br>Automatically collect the insights you need with Auto Workout Detection as soon as you start a walk or run.[5]<br>https://www.samsung.com/us/rings/galaxy-ring/buy/galaxy-ring-titanium-gold-sm-q50xnzdaxar/<br><br>**Fits like a dream**<br>Get personalized sleep insights with a sleep tracker that's so comfortable, you won't even notice it's there.[1]<br>https://www.samsung.com/us/rings/galaxy-ring/buy/galaxy-ring-titanium-gold-sm-q50xnzdaxar/<br>The Galaxy Ring's ability to deliver a comprehensive range of health information, from sleep quality to daily activities, is rooted in its advanced built-in sensors. With a skin temperature sensor, heart rate monitor sensor and accelerometer, the Galaxy Ring's trio of state-of-the-art sensors encircle the user's finger – meticulously tracking data that is subsequently analyzed by Galaxy AI to provide personalized health insights. Users can access detailed health information and insights on the Samsung Health app.<br>https://news.samsung.com/global/unboxing-meet-galaxy-ring-a-personalized-health-care-device-encased-in-a-fancy-charging-case |

**Samsung Claim Chart – U.S. Patent No. 12,346,159**

| Claims | Samsung Accused Product |
|---|---|
| **[1-A]** a housing having an interior diameter between 12 mm and 24 mm, an exterior diameter between 18 mm and 30 mm, a width between 3 mm and 8 mm, and a thickness between 1.5 mm and 3 mm, | Samsung Accused Product has a housing having an interior diameter between 12 mm and 24 mm, an exterior diameter between 18 mm and 30 mm, a width between 3 mm and 8 mm, and a thickness between 1.5 mm and 3 mm: |

The Galaxy Ring is available in three classic colors and a range of sizes. You can check out the important specs below:

- **Material**: The Galaxy Ring is made of Titanium.
- **Sizes**: Available in a range of sizes from 5 to 15.
- **Battery**: The total battery life of the Ring will depend on its size. For example, size 5 offers 18mAH and size 13 offers 23.5mAh. The Ring also provides up to 7 days of battery life when fully charged using the charging case. It will take 80 minutes to fully charge with the case.
- **Width**: 7mm.
- **Thickness**: 2.6mm.
- **Weight**: 2.3 grams to 3.2 grams, depending on the size.
- **Water resistance rating**: 10ATM, IP68
- **Multipurpose button**: The Galaxy Ring's charging case has a Multipurpose button in the center that allows you to enable the Ring's Bluetooth connection, check the battery status, and reboot the Ring.

https://www.samsung.com/us/support/answer/ANS10003278/
(confirming width between 3 mm and 8 mm *i.e.*, 7mm and thickness between 1.5 mm and 3 mm, *i.e.*, 2.6mm).

| Accused Product Size | Interior Diameter | Exterior Diameter | Width | Thickness |
|---|---|---|---|---|
| 5 | 15.70 mm | 20.90 mm | 7.04 mm | 2.53 mm |
| 10 | 19.82 mm | 25.00 mm | 7.03 mm | 2.61 mm |
| 15 | 23.76 mm | 29.03 mm | 7.00 mm | 2.67 mm |

**Samsung Claim Chart – U.S. Patent No. 12,346,159**

| Claims | Samsung Accused Product |
|---|---|
| |   P2110086.JPG (interior diameter)   P2110085.JPG (exterior diameter)   P2110090.JPG (width)   P2110088.JPG (thickness) |
| **[1-B]** the housing comprising: an external housing comprising an exterior surface of the wearable ring device; and | Samsung Accused Product has a housing comprising an external housing comprising an exterior surface of the wearable ring device: |

**Samsung Claim Chart – U.S. Patent No. 12,346,159**

<table>
<tr><th>Claims</th><th>Samsung Accused Product</th></tr>
<tr><td></td><td>


P2110091.JPG


P2110033.JPG
</td></tr>
</table>

**Samsung Claim Chart – U.S. Patent No. 12,346,159**

| Claims | Samsung Accused Product |
|---|---|
| **[1-C]** an internal housing comprising an interior surface of the wearable ring device, | Samsung Accused Product has an internal housing comprising an interior surface of the wearable ring device:   |
| **[1-D]** wherein the external housing and the internal housing are coupled together to form the housing that encloses a curved battery, a printed circuit board, one or more components, and one or more processors, | Samsung Accused Product has the external housing and the internal housing that are coupled together to form the housing that encloses a curved battery, a printed circuit board, one or more components, and one or more processors: |

| Claims | Samsung Accused Product |
| --- | --- |
| |   P2120267.JPG   P2120308.JPG |

| Claims | Samsung Accused Product |
|---|---|
| |     |

| Claims | Samsung Accused Product |
|---|---|
| | • **Battery**: The total battery life of the Ring will depend on its size. For example, size 5 offers 18mAH and size 13 offers 23.5mAh. The Ring also provides up to 7 days of battery life when fully charged using the charging case. It will take 80 minutes to fully charge with the case.<br>https://www.samsung.com/us/support/answer/ANS10003278/ (confirming battery)<br><br>On the right hand side of the ring is the faint outline of a lithium polymer battery pouch. There's an inductive coil sitting right on top of the battery (the lines that look like a rectangular track) and another very similar inductive coil<br>https://www.ifixit.com/News/98423/samsungs-galaxy-ring-revealed (showing curved battery) |

**Samsung Claim Chart – U.S. Patent No. 12,346,159**

| Claims | Samsung Accused Product |
|---|---|
| | |

**Specs**

Display

| Color | Material | Size |
|---|---|---|
| Titanium Black | Titanium | 9 sizes (US 5 - US 13) |

Dimensions

| Width | Thickness | Weight |
|---|---|---|
| 7.0mm | 2.6mm | 2.3g (US 5) - 3.2g (US 13) |
| **Shipping Weight** | | |
| 0.38 lb | | |

Battery

| Ring | Charging case | Usage |
|---|---|---|
| 18mAh (US 5) - 23.5mAh (US 13) | 361mAh | up to 7 days |
| **Full charge** | | |
| 80 min | | |

Sensors

| Accelerometer | PPG | Skin temperature |
|---|---|---|
| Yes | 2PD + 3LED (R / 2xG / IR) | NTC-Temperature Sensor |

Other Features

| MCU | RAM | Memory |
|---|---|---|
| nRF5340 (Nordic) | 512KB + 64KB | 8MB |
| **Connectivity** | **Water Resistance** | |
| Bluetooth® 5.4 | 10ATM, IP68 | |

https://www.samsung.com/us/rings/galaxy-ring/buy/galaxy-ring-titanium-gold-sm-q50xnzdaxar/
(showing “MCU” (microcontroller unit) “nRF3540 (Nordic)”)

| Claims | Samsung Accused Product |
|---|---|
| |  https://www.ifixit.com/News/98423/samsungs-galaxy-ring-revealed (providing evidence of a printed circuit board, curved battery, and one or more components)  https://www.ifixit.com/News/98423/samsungs-galaxy-ring-revealed (providing evidence of a printed circuit board, one or more components, and one or more processors) |

| Claims | Samsung Accused Product |
|---|---|
| |  https://www.ifixit.com/News/98423/samsungs-galaxy-ring-revealed (providing evidence of a printed circuit board, one or more components, and one or more processors enclosed within a housing) |
| **[1-E]** wherein at least a portion of the internal housing is configured to contact tissue of the user when the wearable ring device is worn by the user, | Samsung Accused Product has at least a portion of the internal housing is configured to contact tissue of the user when the wearable ring device is worn by the user: |

**Samsung Claim Chart – U.S. Patent No. 12,346,159**

| Claims | Samsung Accused Product |
|---|---|
| | <br><br>P2120308.JPG<br><br>**Fits like a dream**<br>Get personalized sleep insights with a sleep tracker that's so comfortable, you won't even notice it's there.[1]<br>https://www.samsung.com/us/rings/galaxy-ring/buy/galaxy-ring-titanium-gold-sm-q50xnzdaxar/ |

| Claims | Samsung Accused Product |
|---|---|
| | **Tips for wearing your ring properly**<br><br>There are a few things to keep in mind when wearing the Galaxy Ring. You can review our tips for more information:<br>• Ensure the orientation indicator on the side of the ring is facing towards your palm.<br>• Make sure the ring fits and there are no gaps between your skin and the ring's inner surface. This will ensure proper health tracking.<br>• Wear the ring on your non-dominant hand to avoid scratching it.<br>• Do not wear metal jewelry on adjacent fingers.<br>• Remove the ring when handling heavy or hard objects.<br>• Avoid wearing the ring when handling magnets, as these may interrupt the health tracking features.<br>https://www.samsung.com/us/support/answer/ANS10003280/ |

| Claims | Samsung Accused Product |
|---|---|
| **[1-F]** wherein the curved battery has a size and shape configured to fit within the housing, the curved battery extending along a first portion of a curved perimeter of the external housing, | In the Samsung Accused Product, the curved battery has a size and shape configured to fit within the housing, the curved battery extending along a first portion of a curved perimeter of the external housing:<br><br><br>P2120267.JPG<br>• **Battery**: The total battery life of the Ring will depend on its size. For example, size 5 offers 18mAH and size 13 offers 23.5mAh. The Ring also provides up to 7 days of battery life when fully charged using the charging case. It will take 80 minutes to fully charge with the case.<br>https://www.samsung.com/us/support/answer/ANS10003278/ (confirming battery) |

| Claims | Samsung Accused Product |
|---|---|
| | reduce the amount of clutter in the image.<br><br>On the right hand side of the ring is the faint outline of a lithium polymer battery pouch. There's an inductive coil sitting right on top of the battery (the lines that look like a rectangular track) and another very similar inductive coil<br>https://www.ifixit.com/News/98423/samsungs-galaxy-ring-revealed (showing curved battery) |

**Samsung Claim Chart – U.S. Patent No. 12,346,159**

| Claims | Samsung Accused Product |
|---|---|
| **[1-G]** wherein the printed circuit board is electrically coupled with the curved battery, the printed circuit board extending along a second portion of the curved perimeter of the external housing, | Samsung Accused Product has a printed circuit board electrically coupled with the curved battery, the printed circuit board extending along a second portion of the curved perimeter of the external housing:<br><br><br>Upon information and belief, the printed circuit board is electrically coupled with the curved battery through the physical connections shown above. |

| Claims | Samsung Accused Product |
|---|---|
| |   https://www.ifixit.com/News/98423/samsungs-galaxy-ring-revealed (providing evidence of a printed circuit board electrically coupled to a battery) |

| Claims | Samsung Accused Product |
|---|---|
| |  https://www.ifixit.com/News/98423/samsungs-galaxy-ring-revealed (providing evidence of a printed circuit board electrically coupled to a curved battery) |
| **[1-H]** wherein the one or more components are electrically coupled with the printed circuit board and the curved battery, the one or more components comprising: | Samsung Accused Product has one or more components that are electrically coupled with the printed circuit board and the curved battery: |

| Claims | Samsung Accused Product |
|---|---|
| |   Upon information and belief, the one or more components are electrically coupled with the printed circuit board and the curved battery through the physical connections shown above. |

**Samsung Claim Chart – U.S. Patent No. 12,346,159**

| Claims | Samsung Accused Product |
|---|---|
| | reduce the amount of clutter in the image.<br><br>On the right hand side of the ring is the faint outline of a lithium polymer battery pouch. There's an inductive coil sitting right on top of the battery (the lines that look like a rectangular track) and another very similar inductive coil<br>https://www.ifixit.com/News/98423/samsungs-galaxy-ring-revealed (showing curved battery coupled to circuit board to provide power to circuit board) |

| Claims | Samsung Accused Product |
| --- | --- |
| | <br><br>https://www.ifixit.com/News/98423/samsungs-galaxy-ring-revealed (providing evidence of a printed circuit board electrically coupled to battery)<br><br><br>https://www.ifixit.com/News/98423/samsungs-galaxy-ring-revealed (providing evidence of one or more components electrically coupled with the printed circuit board and the curved battery) |

| Claims | Samsung Accused Product |
| --- | --- |
| |  https://www.ifixit.com/News/98423/samsungs-galaxy-ring-revealed (providing evidence of one or more components electrically coupled with the printed circuit board and the curved battery) |
| **[1-I]** an accelerometer configured to detect the physical movement of the user; | Samsung Accused Product has an accelerometer configured to detect the physical movement of the user: |

| Claims | Samsung Accused Product |
| --- | --- |
| |     https://www.samsung.com/us/rings/galaxy-ring/ (showing accelerometer and activity tracking) |

| Claims | Samsung Accused Product |
|---|---|
| | **Specs**<br><br>Display<br>**Color** Titanium Black<br>**Material** Titanium<br>**Size** 9 sizes (US 5 - US 13)<br><br>Dimensions<br>**Width** 7.0mm<br>**Thickness** 2.6mm<br>**Weight** 2.3g (US 5) - 3.2g (US 13)<br>**Shipping Weight** 0.38 lb<br><br>Battery<br>**Ring** 18mAh (US 5) - 23.5mAh (US 13)<br>**Charging case** 361mAh<br>**Usage** up to 7 days<br>**Full charge** 80 min<br><br>Sensors<br>**Accelerometer** Yes<br>**PPG** 2PD + 3LED (R / 2xG / IR)<br>**Skin temperature** NTC-Temperature Sensor<br><br>Other Features<br>**MCU** nRF5340 (Nordic)<br>**RAM** 512KB + 64KB<br>**Memory** 8MB<br>**Connectivity** Bluetooth® 5.4<br>**Water Resistance** 10ATM, IP68<br><br>https://www.samsung.com/us/rings/galaxy-ring/buy/galaxy-ring-titanium-gold-sm-q50xnzdaxar/<br>(showing accelerometer) |

| Claims | Samsung Accused Product |
| --- | --- |
| |   https://www.samsung.com/us/rings/galaxy-ring/buy/galaxy-ring-titanium-gold-sm-q50xnzdaxar/   https://www.samsung.com/us/rings/galaxy-ring/ (confirming sensing data related to physical movement) |

| Claims | Samsung Accused Product |
|---|---|
| | With the Galaxy Ring, you can keep track of your health and wellness using energy, sleep, heart rate, and activity tracking features. The data from each can be viewed in the Samsung Health app.<br><br>• **Energy Score**: Your energy score includes a comprehensive analysis of your measured sleep, daily activities, and heart rate data.<br>• Sleep: Analyze and record your sleep by measuring your heart rate, blood oxygen, and skin temperature.<br>• **Heart rate**: Measure and record your heart rate.<br>• Workouts: Galaxy Ring can automatically detect and track walking and running once you enable it in Samsung Health settings in the Galaxy Wearable app.<br><br>https://www.samsung.com/us/support/answer/ANS10003278/<br><br>Auto detect workouts<br><br>The Galaxy Ring automatically recognizes when you are exercising and can automatically record such information as the exercise type, duration, and calories burned. When some exercises are stopped for more than one minute, the Ring stops recording. This feature uses acceleration and heart rate sensors to detect your workouts. Accuracy of exercise measurements may vary by person.<br><br>Samsung Galaxy User Guide, at 26, https://downloadcenter.samsung.com/content/UM/202410/20241023084019985/WEA_Q50X_EN_UG_XER_102224_FINAL_REV_1.1.pdf<br><br>Upon information and belief, the accelerometer shown above is configured to detect the physical movement of the user. |

| Claims | Samsung Accused Product |
|---|---|
| **[1-J]** a temperature sensor configured to detect the skin temperature of the user; | Samsung Accused Product has a temperature sensor configured to detect the skin temperature of the user:<br>**Specs**<br>Display<br>**Color** Titanium Black · **Material** Titanium · **Size** 9 sizes (US 5 - US 13)<br>Dimensions<br>**Width** 7.0mm · **Thickness** 2.6mm · **Weight** 2.3g (US 5) - 3.2g (US 13)<br>**Shipping Weight** 0.38 lb<br>Battery<br>**Ring** 18mAh (US 5) - 23.5mAh (US 13) · **Charging case** 361mAh · **Usage** up to 7 days<br>**Full charge** 80 min<br>Sensors<br>**Accelerometer** Yes · **PPG** 2PD + 3LED (R / 2xG / IR) · **Skin temperature** NTC-Temperature Sensor<br>Other Features<br>**MCU** nRF5340 (Nordic) · **RAM** 512KB + 64KB · **Memory** 8MB<br>**Connectivity** Bluetooth® 5.4 · **Water Resistance** 10ATM, IP68<br>https://www.samsung.com/us/rings/galaxy-ring/buy/galaxy-ring-titanium-gold-sm-q50xnzdaxar/<br>(showing skin temperature sensor) |

**Samsung Claim Chart – U.S. Patent No. 12,346,159**

| Claims | Samsung Accused Product |
|---|---|
| | <br><br>https://www.samsung.com/us/rings/galaxy-ring/<br>The Galaxy Ring's ability to deliver a comprehensive range of health information, from sleep quality to daily activities, is rooted in its advanced built-in sensors. With a skin temperature sensor, heart rate monitor sensor and accelerometer, the Galaxy Ring's trio of state-of-the-art sensors encircle the user's finger – meticulously tracking data that is subsequently analyzed by Galaxy AI to provide personalized health insights. Users can access detailed health information and insights on the Samsung Health app.<br>https://news.samsung.com/global/unboxing-meet-galaxy-ring-a-personalized-health-care-device-encased-in-a-fancy-charging-case |

**Samsung Claim Chart – U.S. Patent No. 12,346,159**

| Claims | Samsung Accused Product |
|---|---|
| | With the Galaxy Ring, you can keep track of your health and wellness using energy, sleep, heart rate, and activity tracking features. The data from each can be viewed in the Samsung Health app.<br><br>• **Energy Score**: Your energy score includes a comprehensive analysis of your measured sleep, daily activities, and heart rate data.<br>• **Sleep**: Analyze and record your sleep by measuring your heart rate, blood oxygen, and skin temperature.<br>• **Heart rate**: Measure and record your heart rate.<br>• **Workouts**: Galaxy Ring can automatically detect and track walking and running once you enable it in Samsung Health settings in the Galaxy Wearable app.<br><br>https://www.samsung.com/us/support/answer/ANS10003278/<br><br>Skin temperature<br><br>The Ring can measure changes in your skin temperature while you sleep to help you make a more optimal sleeping environment.<br>1. From **Galaxy Wearable**, tap **Sleep**.<br>2. Tap **More options** > **Advanced measurement** > **Skin temperature during sleep**.<br>3. Tap to enable the feature.<br><br>Samsung Galaxy User Guide, at 23, https://downloadcenter.samsung.com/content/UM/202410/20241023084019985/WEA_Q50X_EN_UG_XER_102224_FINAL_REV_1.1.pdf<br><br>Upon information and belief, the temperature sensor identified above is configured to detect the skin temperature of the user. |

**Samsung Claim Chart – U.S. Patent No. 12,346,159**

| Claims | Samsung Accused Product |
|---|---|
| **[1-K]** a first light emitting diode (LED) configured to emit visible light and a second LED configured to emit one of infrared light or near-infrared light; and | Samsung Accused Product has a first light emitting diode (LED) configured to emit visible light and a second LED configured to emit one of infrared light or near-infrared light:<br><br><br>https://www.samsung.com/us/rings/galaxy-ring/ |

**Samsung Claim Chart – U.S. Patent No. 12,346,159**

| Claims | Samsung Accused Product |
|---|---|
| | **Specs**<br><br>Display<br>**Color** Titanium Black · **Material** Titanium · **Size** 9 sizes (US 5 - US 13)<br><br>Dimensions<br>**Width** 7.0mm · **Thickness** 2.6mm · **Weight** 2.3g (US 5) - 3.2g (US 13)<br>**Shipping Weight** 0.38 lb<br><br>Battery<br>**Ring** 18mAh (US 5) - 23.5mAh (US 13) · **Charging case** 361mAh · **Usage** up to 7 days<br>**Full charge** 80 min<br><br>Sensors<br>**Accelerometer** Yes · **PPG** 2PD + 3LED (R / 2xG / IR) · **Skin temperature** NTC-Temperature Sensor<br><br>Other Features<br>**MCU** nRF5340 (Nordic) · **RAM** 512KB + 64KB · **Memory** 8MB<br>**Connectivity** Bluetooth® 5.4 · **Water Resistance** 10ATM, IP68<br><br>https://www.samsung.com/us/rings/galaxy-ring/buy/galaxy-ring-titanium-gold-sm-q50xnzdaxar/<br>(showing one “R” or red LED that emits visible light, two “G” or green LEDs that emit visible light, one “IR” or infrared LED that emits infrared light or near-infrared light, and two “PD” or photodetectors) |

| Claims | Samsung Accused Product |
|---|---|
| |  Upon information and belief, the second LED identified above is configured to emit one of infrared light or near-infrared light. |
| **[1-L]** one or more light sensors configured to detect the one or more of the visible light, the infrared light, or the near-infrared light emitted from one or both of the first LED and the second LED, | Samsung Accused Product has one or more light sensors configured to detect the one or more of the visible light, the infrared light, or the near-infrared light emitted from one or both of the first LED and the second LED:  |

| Claims | Samsung Accused Product |
|---|---|
| | https://www.samsung.com/us/rings/galaxy-ring/ |

**Specs**

Display

| Color | Material | Size |
|---|---|---|
| Titanium Black | Titanium | 9 sizes (US 5 - US 13) |

Dimensions

| Width | Thickness | Weight |
|---|---|---|
| 7.0mm | 2.6mm | 2.3g (US 5) - 3.2g (US 13) |
| **Shipping Weight** | | |
| 0.38 lb | | |

Battery

| Ring | Charging case | Usage |
|---|---|---|
| 18mAh (US 5) - 23.5mAh (US 13) | 361mAh | up to 7 days |
| **Full charge** | | |
| 80 min | | |

Sensors

| Accelerometer | PPG | Skin temperature |
|---|---|---|
| Yes | 2PD + 3LED (R / 2xG / IR) | NTC-Temperature Sensor |

Other Features

| MCU | RAM | Memory |
|---|---|---|
| nRF5340 (Nordic) | 512KB + 64KB | 8MB |
| **Connectivity** | **Water Resistance** | |
| Bluetooth® 5.4 | 10ATM, IP68 | |

https://www.samsung.com/us/rings/galaxy-ring/buy/galaxy-ring-titanium-gold-sm-q50xnzdaxar/
(showing one “R” or red LED that emits visible light, two “G” or green LEDs that emit visible light, one “IR” or infrared LED that emits infrared light or near-infrared light, and two “PD” or photodetectors)

<table>
<tr><th>Claims</th><th>Samsung Accused Product</th></tr>
<tr><td></td><td>Upon information and belief, the one or more light sensors identified above are configured to detect the one or more of the visible light, the infrared light, or the near-infrared light emitted from one or both of the first LED and the second LED.</td></tr>
<tr><td>[1-M] wherein the one or more processors are electrically coupled with the one or more components and, individually or in combination, configured to:</td><td>Samsung Accused Product has one or more processors that are electrically coupled with the one or more components and, individually or in combination:<br><br>
Specs<br><br>
Display<br>
Color: Titanium Black | Material: Titanium | Size: 9 sizes (US 5 - US 13)<br><br>
Dimensions<br>
Width: 7.0mm | Thickness: 2.6mm | Weight: 2.3g (US 5) - 3.2g (US 13)<br>
Shipping Weight: 0.38 lb<br><br>
Battery<br>
Ring: 18mAh (US 5) - 23.5mAh (US 13) | Charging case: 361mAh | Usage: up to 7 days<br>
Full charge: 80 min<br><br>
Sensors<br>
Accelerometer: Yes | PPG: 2PD + 3LED (R / 2xG / IR) | Skin temperature: NTC-Temperature Sensor<br><br>
Other Features<br>
MCU: nRF5340 (Nordic) | RAM: 512KB + 64KB | Memory: 8MB<br>
Connectivity: Bluetooth® 5.4 | Water Resistance: 10ATM, IP68<br><br>
https://www.samsung.com/us/rings/galaxy-ring/buy/galaxy-ring-titanium-gold-sm-q50xnzdaxar/ (showing “MCU” (microcontroller unit) “nRF3540 (Nordic)”)</td></tr>
</table>

**Samsung Claim Chart – U.S. Patent No. 12,346,159**

| Claims | Samsung Accused Product |
|---|---|
| | <br>https://www.ifixit.com/News/98423/samsungs-galaxy-ring-revealed (providing evidence of a printed circuit board, curved battery, and one or more components)<br><br>https://www.ifixit.com/News/98423/samsungs-galaxy-ring-revealed (providing evidence of one or more components electrically coupled to one or more processors) |

| Claims | Samsung Accused Product |
| --- | --- |
| |  https://www.ifixit.com/News/98423/samsungs-galaxy-ring-revealed (providing evidence of one or more components electrically coupled to one or more processors) |

| Claims | Samsung Accused Product |
|---|---|
| | Product overview<br>Last Updated Feb 12, 2025 \| 4 minute read \| Summarize \|<br># nRF53 Series # nRF5340 # Product Specifications<br><br>nRF5340 is a wireless, ultra-low power multicore System on Chip (SoC), integrating two fully programmable Arm® Cortex® -M33 processors, advanced security features, a range of peripherals, and a multiprotocol 2.4 GHz transceiver. The transceiver supports Bluetooth® Low Energy, ANT™, and IEEE 802.15.4 for Thread and Zigbee protocols. It also allows the implementation of proprietary 2.4 GHz protocols.<br><br>The two Arm Cortex-M33 processors share the power, clock, and peripheral architecture with Nordic Semiconductor nRF51, nRF52, and nRF91 Series of SoCs, ensuring minimal porting efforts. The application core is a full-featured Arm Cortex-M33 processor including DSP instructions and FPU, running at up to 128 MHz with 1 MB of flash and 512 kB of RAM. The option to run the application processor at 64 MHz allows the CPU to increase energy efficiency. The network core is an Arm Cortex-M33 processor with a reduced feature set, designed for ultra-low power operation. It runs at a fixed 64 MHz frequency and contains 256 kB of flash and 64 kB of RAM.<br><br>The peripheral set offers a variety of analog and digital functionality enabling single-chip implementation of a wide range of applications. Arm TrustZone® technology, Arm CryptoCell™-312, and supporting blocks for system protection and key management are embedded for the advanced security needed for IoT applications.<br><br>https://docs.nordicsemi.com/bundle/ps_nrf5340/page/chapters/soc_overview/doc/soc_overview.html<br><br>Upon information and belief, the one or more processors identified above are electrically coupled with the one or more components and, individually or in combination. |
| **[1-N]** process data acquired from the one or more components; and | Samsung Accused Product has one or more processors that process data acquired from the one or more components: |

**Samsung Claim Chart – U.S. Patent No. 12,346,159**

| Claims | Samsung Accused Product |
|---|---|
| | **Specs**<br>Display<br>**Color**: Titanium Black · **Material**: Titanium · **Size**: 9 sizes (US 5 - US 13)<br>Dimensions<br>**Width**: 7.0mm · **Thickness**: 2.6mm · **Weight**: 2.3g (US 5) - 3.2g (US 13)<br>**Shipping Weight**: 0.38 lb<br>Battery<br>**Ring**: 18mAh (US 5) - 23.5mAh (US 13) · **Charging case**: 361mAh · **Usage**: up to 7 days<br>**Full charge**: 80 min<br>Sensors<br>**Accelerometer**: Yes · **PPG**: 2PD + 3LED (R / 2xG / IR) · **Skin temperature**: NTC-Temperature Sensor<br>Other Features<br>**MCU**: nRF5340 (Nordic) · **RAM**: 512KB + 64KB · **Memory**: 8MB<br>**Connectivity**: Bluetooth® 5.4 · **Water Resistance**: 10ATM, IP68<br>https://www.samsung.com/us/rings/galaxy-ring/buy/galaxy-ring-titanium-gold-sm-q50xnzdaxar/<br>(showing “MCU” (microcontroller unit) “nRF3540 (Nordic)”) |

| Claims | Samsung Accused Product |
|---|---|
| | Product overview<br><br>Last Updated Feb 12, 2025 \| 4 minute read \| Summarize \|<br><br># nRF53 Series # nRF5340 # Product Specifications<br><br>nRF5340 is a wireless, ultra-low power multicore System on Chip (SoC), integrating two fully programmable Arm® Cortex®-M33 processors, advanced security features, a range of peripherals, and a multiprotocol 2.4 GHz transceiver. The transceiver supports Bluetooth® Low Energy, ANT™, and IEEE 802.15.4 for Thread and Zigbee protocols. It also allows the implementation of proprietary 2.4 GHz protocols.<br><br>The two Arm Cortex-M33 processors share the power, clock, and peripheral architecture with Nordic Semiconductor nRF51, nRF52, and nRF91 Series of SoCs, ensuring minimal porting efforts. The application core is a full-featured Arm Cortex-M33 processor including DSP instructions and FPU, running at up to 128 MHz with 1 MB of flash and 512 kB of RAM. The option to run the application processor at 64 MHz allows the CPU to increase energy efficiency. The network core is an Arm Cortex-M33 processor with a reduced feature set, designed for ultra-low power operation. It runs at a fixed 64 MHz frequency and contains 256 kB of flash and 64 kB of RAM.<br><br>The peripheral set offers a variety of analog and digital functionality enabling single-chip implementation of a wide range of applications. Arm TrustZone® technology, Arm CryptoCell™-312, and supporting blocks for system protection and key management are embedded for the advanced security needed for IoT applications.<br><br>https://docs.nordicsemi.com/bundle/ps_nrf5340/page/chapters/soc_overview/doc/soc_overview.html |

**Samsung Claim Chart – U.S. Patent No. 12,346,159**

| Claims | Samsung Accused Product |
|---|---|
| | **Galaxy Ring features**<br><br>Your Ring records and manages your daily physical activities to help you cultivate healthy habits. You can save and manage health-related data in the Samsung Health app on the connected mobile devices. Learn more: **samsung.com/us/support/owners/app/samsung-health**<br><br>**NOTE** The information gathered from this device, Samsung Health, or related software is not intended for use in the diagnosis of disease or other conditions, or in the cure, mitigation, treatment or prevention of disease.<br><br>Samsung Galaxy User Guide, at 17, https://downloadcenter.samsung.com/content/UM/202410/20241023084019985/WEA_Q50X_EN_UG_XER_102224_FINAL_REV_1.1.pdf |

| Feature | Measures and detection |
|---|---|
| Sleep monitoring | • Sleep time<br>• Blood oxygen<br>• Snoring<br>• Skin temperature<br>• Heart rate<br>• Respiratory rate<br>• Sleep coaching |
| Heart rate monitoring | • Automatic measurement<br>• Manual measurement<br>• Heart rate alert |
| Workout detection | • Walking<br>• Running |

<table>
<tr><th>Claims</th><th>Samsung Accused Product</th></tr>
<tr><td></td><td>Samsung Galaxy User Guide, at 17, https://downloadcenter.samsung.com/content/UM/202410/20241023084019985/WEA_Q50X_EN_UG_XER_102224_FINAL_REV_1.1.pdf<br><br>
<table>
<tr><th>Feature</th><th>Measures and detection</th></tr>
<tr><td>Activity tracking</td><td>• Steps<br>• Calories burned<br>• Activity time</td></tr>
<tr><td>Cycle tracking</td><td>• Menstruation tracking and fertile window prediction based on skin temperature</td></tr>
<tr><td>Stress monitoring</td><td>• Stress level based on related biomarkers</td></tr>
<tr><td>Energy score</td><td>• Daily score and guidance based on analysis of your sleep pattern, activities, and heart rate</td></tr>
</table>
Samsung Galaxy User Guide, at 18, https://downloadcenter.samsung.com/content/UM/202410/20241023084019985/WEA_Q50X_EN_UG_XER_102224_FINAL_REV_1.1.pdf<br><br>
Energy score<br><br>
Your energy score is based on a comprehensive analysis of daily measured sleep, activities, and heart rate data. You can check your score and get suggestions for improving your overall wellness.<br><br>
Samsung Galaxy User Guide, at 21, https://downloadcenter.samsung.com/content/UM/202410/20241023084019985/WEA_Q50X_EN_UG_XER_102224_FINAL_REV_1.1.pdf<br><br>
Upon information and belief, the Samsung Accused Product processes data acquired from the one or more components.</td></tr>
</table>

**Samsung Claim Chart – U.S. Patent No. 12,346,159**

| Claims | Samsung Accused Product |
|---|---|
| **[1-O]** analyze the one or more of the visible light, the infrared light, or the near-infrared light to identify one or more wavelengths of the visible light, the infrared light, or the near-infrared light that were absorbed by blood of the user to determine the blood oxygenation level. | Samsung Accused Product analyzes the one or more of the visible light, the infrared light, or the near-infrared light to identify one or more wavelengths of the visible light, the infrared light, or the near-infrared light that were absorbed by blood of the user to determine the blood oxygenation level:<br><br><br><br> |

| Claims | Samsung Accused Product |
| --- | --- |
| |  <br>https://www.samsung.com/us/rings/galaxy-ring/<br><br>**Sleep**<br>Your Ring analyses your sleep by measuring your heart rate, blood oxygen, skin temperature, and more while you are sleeping.<br><br>https://www.samsung.com/levant/support/mobile-devices/how-to-use-the-samsung-galaxy-ring/ |

| Claims | Samsung Accused Product |
|---|---|
| | |

## Galaxy Ring features

Your Ring records and manages your daily physical activities to help you cultivate healthy habits. You can save and manage health-related data in the Samsung Health app on the connected mobile devices. Learn more: **samsung.com/us/support/owners/app/samsung-health**

**NOTE** The information gathered from this device, Samsung Health, or related software is not intended for use in the diagnosis of disease or other conditions, or in the cure, mitigation, treatment or prevention of disease.

Samsung Galaxy User Guide, at 17, https://downloadcenter.samsung.com/content/UM/202410/20241023084019985/WEA_Q50X_EN_UG_XER_102224_FINAL_REV_1.1.pdf

| Feature | Measures and detection |
|---|---|
| Sleep monitoring | • Sleep time<br>• Blood oxygen<br>• Snoring<br>• Skin temperature<br>• Heart rate<br>• Respiratory rate<br>• Sleep coaching |
| Heart rate monitoring | • Automatic measurement<br>• Manual measurement<br>• Heart rate alert |
| Workout detection | • Walking<br>• Running |

| Claims | Samsung Accused Product |
|---|---|
| | Samsung Galaxy User Guide, at 17, https://downloadcenter.samsung.com/content/UM/202410/20241023084019985/WEA_Q50X_EN_UG_XER_102224_FINAL_REV_1.1.pdf<br>**Energy score**<br>Your energy score is based on a comprehensive analysis of daily measured sleep, activities, and heart rate data. You can check your score and get suggestions for improving your overall wellness.<br>Samsung Galaxy User Guide, at 21, https://downloadcenter.samsung.com/content/UM/202410/20241023084019985/WEA_Q50X_EN_UG_XER_102224_FINAL_REV_1.1.pdf<br>**Sleep**<br>Wear your Galaxy Ring while you sleep to measure your heart rate, blood oxygen, skin temperature, and related patterns. The Ring measures your sleep patterns automatically.<br>**Blood oxygen level**<br>The Ring can measure your blood oxygen level while you sleep.<br>1. From Galaxy Wearable, tap Sleep.<br>2. Tap More options > Advanced measurement > Blood oxygen.<br>Samsung Galaxy User Guide, at 22, https://downloadcenter.samsung.com/content/UM/202410/20241023084019985/WEA_Q50X_EN_UG_XER_102224_FINAL_REV_1.1.pdfUpon information and belief, the Samsung Accused Product analyzes the one or more of the visible light, the infrared light, or the near-infrared light to identify one or more wavelengths of the visible light, the infrared light, or the near-infrared light that were absorbed by blood of the user to determine the blood oxygenation level. |