# EXHIBIT 12

**<u>Samsung Claim Chart – U.S. Patent No. 12,393,227</u>**

| Claims | Samsung Accused Product |
|---|---|
| **[1-P]** A method of manufacturing a wearable ring device configured to be worn on a finger of a user, comprising: | Plaintiff asserts that the preamble is limiting. Samsung Accused Product is manufactured to be a wearable ring device configured to be worn on a finger of a user. For example, Samsung advertises on its website that the Accused Product is a "health tracker" worn "on your finger":<br><br><br><br><br>https://www.samsung.com/us/rings/galaxy-ring/<br><br> |

**Samsung Claim Chart – U.S. Patent No. 12,393,227**

<table>
<tr><th>Claims</th><th>Samsung Accused Product</th></tr>
<tr><td></td><td>https://www.samsung.com/us/rings/galaxy-ring/buy/galaxy-ring-titanium-gold-sm-q50xnzdaxar/<br><br>Tips for wearing your ring properly<br><br><br><br>There are a few things to keep in mind when wearing the Galaxy Ring. You can review our tips for more information:<ul><li>Ensure the orientation indicator on the side of the ring is facing towards your palm.</li><li>Make sure the ring fits and there are no gaps between your skin and the ring's inner surface. This will ensure proper health tracking.</li><li>Wear the ring on your non-dominant hand to avoid scratching it.</li><li>Do not wear metal jewelry on adjacent fingers.</li><li>Remove the ring when handling heavy or hard objects.</li><li>Avoid wearing the ring when handling magnets, as these may interrupt the health tracking features.</li></ul>https://www.samsung.com/us/support/answer/ANS10003280/ (confirming that each of the Samsung Accused Product is a wearable ring device worn on a finger of a user).</td></tr>
</table>

**Samsung Claim Chart – U.S. Patent No. 12,393,227**

| Claims | Samsung Accused Product |
|---|---|
| **[1-A]** constructing an external housing that has an exterior surface, an internal surface, a first sidewall, and a second sidewall, wherein the internal surface, the first sidewall, and the second sidewall define an internal space of the external housing; | Upon information and belief, Samsung Accused Product is manufactured by constructing an external housing that has an exterior surface, an internal surface, a first sidewall, and a second sidewall, wherein the internal surface, the first sidewall, and the second sidewall define an internal space of the external housing: |

**Samsung Claim Chart – U.S. Patent No. 12,393,227**

| Claims | Samsung Accused Product |
|---|---|
| |   P2110033.JPG   P2120308.JPG |

**Samsung Claim Chart – U.S. Patent No. 12,393,227**

| Claims | Samsung Accused Product |
|---|---|
| | reduce the amount of clutter in the image.<br><br>On the right hand side of the ring is the faint outline of a lithium polymer battery pouch. There's an inductive coil sitting right on top of the battery (the lines that look like a rectangular track) and another very similar inductive coil<br>https://www.ifixit.com/News/98423/samsungs-galaxy-ring-revealed |

| Claims | Samsung Accused Product |
|---|---|
| |  https://www.ifixit.com/News/98423/samsungs-galaxy-ring-revealed |
| **[1-B]** inserting a curved battery, a printed circuit board, and one or more components into a curved perimeter of the internal space of the external housing; | Upon information and belief, Samsung Accused Product is manufactured by inserting an inserted curved battery, a printed circuit board, and one or more components into a curved perimeter of the internal space of the external housing: |

**Samsung Claim Chart – U.S. Patent No. 12,393,227**

| Claims | Samsung Accused Product |
|---|---|
| | <br><br>P2120267.JPG<br><br>Galaxy Ring specifications and information<br> |

**Samsung Claim Chart – U.S. Patent No. 12,393,227**

| Claims | Samsung Accused Product |
|---|---|
| | • **Battery**: The total battery life of the Ring will depend on its size. For example, size 5 offers 18mAH and size 13 offers 23.5mAh. The Ring also provides up to 7 days of battery life when fully charged using the charging case. It will take 80 minutes to fully charge with the case.<br><br>https://www.samsung.com/us/support/answer/ANS10003278/ (confirming battery)<br><br><br><br>On the right hand side of the ring is the faint outline of a lithium polymer battery pouch. There's an inductive coil sitting right on top of the battery (the lines that look like a rectangular track) and another very similar inductive coil<br><br>https://www.ifixit.com/News/98423/samsungs-galaxy-ring-revealed (showing curved battery) |

**Samsung Claim Chart – U.S. Patent No. 12,393,227**

<table>
<tr><th>Claims</th><th>Samsung Accused Product</th></tr>
<tr><td></td><td>
Specs<br>
<table>
<tr><td>Display</td><td></td><td></td></tr>
<tr><td>Color<br>Titanium Black</td><td>Material<br>Titanium</td><td>Size<br>9 sizes (US 5 - US 13)</td></tr>
<tr><td>Dimensions</td><td></td><td></td></tr>
<tr><td>Width<br>7.0mm</td><td>Thickness<br>2.6mm</td><td>Weight<br>2.3g (US 5) - 3.2g (US 13)</td></tr>
<tr><td>Shipping Weight<br>0.38 lb</td><td></td><td></td></tr>
<tr><td>Battery</td><td></td><td></td></tr>
<tr><td>Ring<br>18mAh (US 5) - 23.5mAh (US 13)</td><td>Charging case<br>361mAh</td><td>Usage<br>up to 7 days</td></tr>
<tr><td>Full charge<br>80 min</td><td></td><td></td></tr>
<tr><td>Sensors</td><td></td><td></td></tr>
<tr><td>Accelerometer<br>Yes</td><td>PPG<br>2PD + 3LED (R / 2xG / IR)</td><td>Skin temperature<br>NTC-Temperature Sensor</td></tr>
<tr><td>Other Features</td><td></td><td></td></tr>
<tr><td>MCU<br>nRF5340 (Nordic)</td><td>RAM<br>512KB + 64KB</td><td>Memory<br>8MB</td></tr>
<tr><td>Connectivity<br>Bluetooth® 5.4</td><td>Water Resistance<br>10ATM, IP68</td><td></td></tr>
</table>
https://www.samsung.com/us/rings/galaxy-ring/buy/galaxy-ring-titanium-gold-sm-q50xnzdaxar/<br>
(showing one or more components including “MCU” (microcontroller unit) “nRF3540 (Nordic)”)
</td></tr>
</table>

**Samsung Claim Chart – U.S. Patent No. 12,393,227**

| Claims | Samsung Accused Product |
| --- | --- |
| | <br>https://www.ifixit.com/News/98423/samsungs-galaxy-ring-revealed (providing evidence of a printed circuit board, one or more components, and one or more processors)<br><br>https://www.ifixit.com/News/98423/samsungs-galaxy-ring-revealed (providing evidence of a printed circuit board, one or more components, and one or more processors) |

**Samsung Claim Chart – U.S. Patent No. 12,393,227**

| Claims | Samsung Accused Product |
|---|---|
| **[1-C]** applying an internal potting to at least partially fill the internal space of the external housing and cover the curved battery, the printed circuit board, and the one or more components, wherein the internal potting adheres to the external housing; and | Samsung Accused Product is manufactured with an internal potting applied to at least partially fill the internal space of the external housing and cover the curved battery, the printed circuit board, and the one or more components, wherein the internal potting adheres to the external housing: |

**Samsung Claim Chart – U.S. Patent No. 12,393,227**

| Claims | Samsung Accused Product |
|---|---|
| | <br><br>P2120308.JPG<br><br><br>P2120337.JPG |

**Samsung Claim Chart – U.S. Patent No. 12,393,227**

| Claims | Samsung Accused Product |
| --- | --- |
| | • **Battery**: The total battery life of the Ring will depend on its size. For example, size 5 offers 18mAH and size 13 offers 23.5mAh. The Ring also provides up to 7 days of battery life when fully charged using the charging case. It will take 80 minutes to fully charge with the case.<br>https://www.samsung.com/us/support/answer/ANS10003278/ (confirming battery)<br><br>On the right hand side of the ring is the faint outline of a lithium polymer battery pouch. There's an inductive coil sitting right on top of the battery (the lines that look like a rectangular track) and another very similar inductive coil<br>)<br>https://www.ifixit.com/News/98423/samsungs-galaxy-ring-revealed (showing curved battery that is connected to external housing to provide charging) |

**Samsung Claim Chart – U.S. Patent No. 12,393,227**

| Claims | Samsung Accused Product |
|---|---|
| |   https://www.ifixit.com/News/98423/samsungs-galaxy-ring-revealed (providing evidence of a printed circuit board, one or more components, and one or more processors)  https://www.ifixit.com/News/98423/samsungs-galaxy-ring-revealed (providing evidence of a printed circuit board, one or more components, and one or more processors) |

| Claims | Samsung Accused Product |
|---|---|
| | Upon information and belief, an internal potting is applied to at least partially fill the internal space of the external housing and cover the curved battery, the printed circuit board, and the one or more components, wherein the internal potting adheres to the external housing. |
| **[1-D]** polymerizing the internal potting, wherein at least a layer of the internal potting forms an interior surface of the wearable ring device that is configured to contact tissue of the user when the wearable ring device is worn by the user, | Samsung Accused Product is manufactured by polymerizing the internal potting, wherein at least a layer of the internal potting forms an interior surface of the wearable ring device that is configured to contact tissue of the user when the wearable ring device is worn by the user:   P2120308.JPG |

| Claims | Samsung Accused Product |
|---|---|
| |   https://www.samsung.com/us/rings/galaxy-ring/buy/galaxy-ring-titanium-gold-sm-q50xnzdaxar/ |

| Claims | Samsung Accused Product |
| --- | --- |
| | **Tips for wearing your ring properly**<br><br>There are a few things to keep in mind when wearing the Galaxy Ring. You can review our tips for more information:<br>• Ensure the orientation indicator on the side of the ring is facing towards your palm.<br>• Make sure the ring fits and there are no gaps between your skin and the ring's inner surface. This will ensure proper health tracking.<br>• Wear the ring on your non-dominant hand to avoid scratching it.<br>• Do not wear metal jewelry on adjacent fingers.<br>• Remove the ring when handling heavy or hard objects.<br>• Avoid wearing the ring when handling magnets, as these may interrupt the health tracking features.<br>https://www.samsung.com/us/support/answer/ANS10003280/<br><br>Upon information and belief, the internal potting is polymerized during the manufacturing process. |

**Samsung Claim Chart – U.S. Patent No. 12,393,227**

| Claims | Samsung Accused Product |
|---|---|
| **[1-E]** wherein the external housing and the internal potting form a housing for the wearable ring device, | Samsung Accused Product is manufactured with the external housing and the internal potting forming a housing for the wearable ring device:   P2110030.JPG   P2120308.JPG |

**Samsung Claim Chart – U.S. Patent No. 12,393,227**

| Claims | Samsung Accused Product |
|---|---|
| | reduce the amount of clutter in the image.<br><br>On the right hand side of the ring is the faint outline of a lithium polymer battery pouch. There's an inductive coil sitting right on top of the battery (the lines that look like a rectangular track) and another very similar inductive coil<br>https://www.ifixit.com/News/98423/samsungs-galaxy-ring-revealed (showing evidence of external housing) |

| Claims | Samsung Accused Product |
|---|---|
| |  https://www.ifixit.com/News/98423/samsungs-galaxy-ring-revealed (showing evidence of external housing) |

**Samsung Claim Chart – U.S. Patent No. 12,393,227**

| Claims | Samsung Accused Product |
|---|---|
| | <br>https://www.samsung.com/us/support/answer/ANS10003278/ (confirming water resistant external housing and internal potting) |
| **[1-F]** wherein the housing has an interior diameter between 12 mm and 24 mm, an exterior diameter between 18 mm and 30 mm, a width between 3 mm and 8 mm, and a thickness between 1.5 mm and 3 mm. | Samsung Accused Product has a housing that has an interior diameter between 12 mm and 24 mm, an exterior diameter between 18 mm and 30 mm, a width between 3 mm and 8 mm, and a thickness between 1.5 mm and 3 mm: |

<table>
<tr><th>Claims</th><th>Samsung Accused Product</th></tr>
<tr><td></td><td>
The Galaxy Ring is available in three classic colors and a range of sizes. You can check out the important specs below:<br>
• Material: The Galaxy Ring is made of Titanium.<br>
• Sizes: Available in a range of sizes from 5 to 15.<br>
• Battery: The total battery life of the Ring will depend on its size. For example, size 5 offers 18mAH and size 13 offers 23.5mAh. The Ring also provides up to 7 days of battery life when fully charged using the charging case. It will take 80 minutes to fully charge with the case.<br>
• Width: 7mm.<br>
• Thickness: 2.6mm.<br>
• Weight: 2.3 grams to 3.2 grams, depending on the size.<br>
• Water resistance rating: 10ATM, IP68<br>
• Multipurpose button: The Galaxy Ring's charging case has a Multipurpose button in the center that allows you to enable the Ring's Bluetooth connection, check the battery status, and reboot the Ring.<br>
<br>
https://www.samsung.com/us/support/answer/ANS10003278/<br>
(confirming width between 3 mm and 8 mm i.e., 7mm and thickness between 1.5 mm and 3 mm, i.e., 2.6mm).<br>
<table>
<tr><th>Accused Product Size</th><th>Interior Diameter</th><th>Exterior Diameter</th><th>Width</th><th>Thickness</th></tr>
<tr><td>5</td><td>15.70 mm</td><td>20.90 mm</td><td>7.04 mm</td><td>2.53 mm</td></tr>
<tr><td>10</td><td>19.82 mm</td><td>25.00 mm</td><td>7.03 mm</td><td>2.61 mm</td></tr>
<tr><td>15</td><td>23.76 mm</td><td>29.03 mm</td><td>7.00 mm</td><td>2.67 mm</td></tr>
</table>
</td></tr>
</table>

| Claims | Samsung Accused Product |
| --- | --- |
| | <br>P2110086.JPG (interior diameter)<br><br>P2110085.JPG (exterior diameter)<br><br>P2110090.JPG (width)<br><br>P2110088.JPG (thickness) |