# EXHIBIT 13

**Samsung Claim Chart – U.S. Patent No. 12,346,160**

<table>
<tr><th>Claims</th><th>Samsung Accused Product</th></tr>
<tr><td>[1-P1] A wearable ring device configured to be worn on a finger of a user, the wearable ring device configured to sense data related to physical movement, skin temperature, heart rate, and blood oxygenation level of the user, comprising:</td><td>Plaintiff asserts that the preamble is limiting. Samsung Accused Product is a wearable ring device configured to be worn on a finger of a user, the wearable ring device configured to sense data related to physical movement, skin temperature, heart rate, and blood oxygenation level of the user. For example, Samsung advertises on its website that the Samsung Accused Product is a “health tracker” worn “on your finger”:















</td></tr>
</table>

**Samsung Claim Chart – U.S. Patent No. 12,346,160**

| Claims | Samsung Accused Product |
| --- | --- |
| | <br><br>https://www.samsung.com/us/rings/galaxy-ring/<br><br>**Sleep**<br>Your Ring analyses your sleep by measuring your heart rate, blood oxygen, skin temperature, and more while you are sleeping.<br>https://www.samsung.com/levant/support/mobile-devices/how-to-use-the-samsung-galaxy-ring/ |

**Samsung Claim Chart – U.S. Patent No. 12,346,160**

| Claims | Samsung Accused Product |
| --- | --- |
| | <br><br>https://www.samsung.com/us/rings/galaxy-ring/buy/galaxy-ring-titanium-gold-sm-q50xnzdaxar/<br><br><br>https://www.samsung.com/us/rings/galaxy-ring/buy/galaxy-ring-titanium-gold-sm-q50xnzdaxar/ |

| **Claims** | **Samsung Accused Product** |
| --- | --- |
| | **Tips for wearing your ring properly**<br><br>There are a few things to keep in mind when wearing the Galaxy Ring. You can review our tips for more information:<br>• Ensure the orientation indicator on the side of the ring is facing towards your palm.<br>• Make sure the ring fits and there are no gaps between your skin and the ring's inner surface. This will ensure proper health tracking.<br>• Wear the ring on your non-dominant hand to avoid scratching it.<br>• Do not wear metal jewelry on adjacent fingers.<br>• Remove the ring when handling heavy or hard objects.<br>• Avoid wearing the ring when handling magnets, as these may interrupt the health tracking features.<br>https://www.samsung.com/us/support/answer/ANS10003280/ (confirming that each of the Samsung Accused Product is a wearable ring device worn on a finger of a user). |

| Claims | Samsung Accused Product |
| --- | --- |
| |   https://www.samsung.com/us/rings/galaxy-ring/ (confirming sensing data related to physical movement) |

**Samsung Claim Chart – U.S. Patent No. 12,346,160**

| Claims | Samsung Accused Product |
|---|---|
| |  <br>https://www.samsung.com/us/rings/galaxy-ring/ (confirming sensing data related to physical movement and heart rate) |

| Claims | Samsung Accused Product |
|---|---|
| | With the Galaxy Ring, you can keep track of your health and wellness using energy, sleep, heart rate, and activity tracking features. The data from each can be viewed in the Samsung Health app.<br><br>• **Energy Score**: Your energy score includes a comprehensive analysis of your measured sleep, daily activities, and heart rate data.<br>• **Sleep**: Analyze and record your sleep by measuring your heart rate, blood oxygen, and skin temperature.<br>• **Heart rate**: Measure and record your heart rate.<br>• **Workouts**: Galaxy Ring can automatically detect and track walking and running once you enable it in Samsung Health settings in the Galaxy Wearable app.<br><br>https://www.samsung.com/us/support/answer/ANS10003278/<br>(measuring heart rate, blood oxygen, and skin temperature)<br><br>Skin temperature<br>The Ring can measure changes in your skin temperature while you sleep to help you make a more optimal sleeping environment.<br>1. From **Galaxy Wearable**, tap **Sleep**.<br>2. Tap **More options** > **Advanced measurement** > **Skin temperature during sleep**.<br>3. Tap to enable the feature.<br><br>Samsung Galaxy User Guide, at 23, https://downloadcenter.samsung.com/content/UM/202410/20241023084019985/WEA_Q50X_EN_UG_XER_102224_FINAL_REV_1.1.pdf<br><br>The Galaxy Ring's ability to deliver a comprehensive range of health information, from sleep quality to daily activities, is rooted in its advanced built-in sensors. With a skin temperature sensor, heart rate monitor sensor and accelerometer, the Galaxy Ring's trio of state-of-the-art sensors encircle the user's finger — meticulously tracking data that is subsequently analyzed by Galaxy AI to provide personalized health insights. Users can access detailed health information and insights on the Samsung Health app. |

**Samsung Claim Chart – U.S. Patent No. 12,346,160**

| Claims | Samsung Accused Product |
|---|---|
| | https://news.samsung.com/global/unboxing-meet-galaxy-ring-a-personalized-health-care-device-encased-in-a-fancy-charging-case |
| **[1-A]** a housing having an interior diameter between 12 mm and 24 mm, an exterior diameter between 18 mm and 30 mm, a width between 3 mm and 8 mm, and a thickness between 1.5 mm and 3 mm, the housing comprising: | Samsung Accused Product has a housing having an interior diameter between 12 mm and 24 mm, an exterior diameter between 18 mm and 30 mm, a width between 3 mm and 8 mm, and a thickness between 1.5 mm and 3 mm:<br><br>The Galaxy Ring is available in three classic colors and a range of sizes. You can check out the important specs below:<br><br>• **Material**: The Galaxy Ring is made of Titanium.<br>• **Sizes**: Available in a range of sizes from 5 to 15.<br>• **Battery**: The total battery life of the Ring will depend on its size. For example, size 5 offers 18mAH and size 13 offers 23.5mAh. The Ring also provides up to 7 days of battery life when fully charged using the charging case. It will take 80 minutes to fully charge with the case.<br>• **Width**: 7mm.<br>• **Thickness**: 2.6mm.<br>• **Weight**: 2.3 grams to 3.2 grams, depending on the size.<br>• **Water resistance rating**: 10ATM, IP68<br>• **Multipurpose button**: The Galaxy Ring's charging case has a Multipurpose button in the center that allows you to enable the Ring's Bluetooth connection, check the battery status, and reboot the Ring.<br><br>https://www.samsung.com/us/support/answer/ANS10003278/<br>(confirming width between 3 mm and 8 mm *i.e.*, 7mm and thickness between 1.5 mm and 3 mm, *i.e.*, 2.6mm). |

| Claims | Samsung Accused Product |
| --- | --- |

| Accused Product Size | Interior Diameter | Exterior Diameter | Width | Thickness |
| --- | --- | --- | --- | --- |
| 5 | 15.70 mm | 20.90 mm | 7.04 mm | 2.53 mm |
| 10 | 19.82 mm | 25.00 mm | 7.03 mm | 2.61 mm |
| 15 | 23.76 mm | 29.03 mm | 7.00 mm | 2.67 mm |



P2110086.JPG (interior diameter)



P2110085.JPG (exterior diameter)



P2110090.JPG (width)



P2110088.JPG (thickness)

**Samsung Claim Chart – U.S. Patent No. 12,346,160**

| Claims | Samsung Accused Product |
|---|---|
| **[1-B]** an external housing, made of metallic material, having an exterior surface, an internal surface, a first sidewall, and a second sidewall, wherein the internal surface, the first sidewall, and the second sidewall define an internal space of the external housing; and | Samsung Accused Product has an external housing, made of metallic material, having an exterior surface, an internal surface, a first sidewall, and a second sidewall, wherein the internal surface, the first sidewall, and the second sidewall define an internal space of the external housing:   |

| Claims | Samsung Accused Product |
|---|---|
| |   P2110033.JPG   P2120308.JPG |

**Samsung Claim Chart – U.S. Patent No. 12,346,160**

<table>
<tr><th>Claims</th><th>Samsung Accused Product</th></tr>
<tr><td></td><td>


https://www.samsung.com/us/rings/galaxy-ring/buy/galaxy-ring-titanium-gold-sm-q50xnzdaxar/ (showing metallic material: “Titanium”)
</td></tr>
</table>

**Samsung Claim Chart – U.S. Patent No. 12,346,160**

| Claims | Samsung Accused Product |
| --- | --- |
| **[1-C1]** an internal potting at least partially surrounding a curved battery, a printed circuit board, and one or more components, wherein the internal potting at least partially fills the internal space of the external housing, | Samsung Accused Product has an internal potting at least partially surrounding a curved battery, a printed circuit board, and one or more components, wherein the internal potting at least partially fills the internal space of the external housing: |

**Samsung Claim Chart – U.S. Patent No. 12,346,160**

| Claims | Samsung Accused Product |
| --- | --- |
| |   P2120308.JPG   P2120337.JPG |

**Samsung Claim Chart – U.S. Patent No. 12,346,160**

| Claims | Samsung Accused Product |
| --- | --- |
| | <br><br>https://www.ifixit.com/News/98423/samsungs-galaxy-ring-revealed<br><br><br>https://www.ifixit.com/News/98423/samsungs-galaxy-ring-revealed |

**Samsung Claim Chart – U.S. Patent No. 12,346,160**

| **Claims** | **Samsung Accused Product** |
|---|---|
| **[1-C2]** wherein at least a layer of the internal potting forms an interior surface of the wearable ring device that is configured to contact tissue of the user when the wearable ring device is worn by the user, | In the Samsung Accused Product, at least a layer of the internal potting forms an interior surface of the wearable ring device that is configured to contact tissue of the user when the wearable ring device is worn by the user:<br><br><br>https://www.samsung.com/us/rings/galaxy-ring/<br><br><br>https://www.samsung.com/us/rings/galaxy-ring/buy/galaxy-ring-titanium-gold-sm-q50xnzdaxar/ |

| Claims | Samsung Accused Product |
|---|---|
| | <br>P2110110.JPG<br><br>P2110030.JPG |

**Samsung Claim Chart – U.S. Patent No. 12,346,160**

| Claims | Samsung Accused Product |
| --- | --- |
| |  P2120308.JPG |

| Claims | Samsung Accused Product |
|---|---|
| | Tips for wearing your ring properly<br><br>There are a few things to keep in mind when wearing the Galaxy Ring. You can review our tips for more information:<br>• Ensure the orientation indicator on the side of the ring is facing towards your palm.<br>• Make sure the ring fits and there are no gaps between your skin and the ring's inner surface. This will ensure proper health tracking.<br>• Wear the ring on your non-dominant hand to avoid scratching it.<br>• Do not wear metal jewelry on adjacent fingers.<br>• Remove the ring when handling heavy or hard objects.<br>• Avoid wearing the ring when handling magnets, as these may interrupt the health tracking features.<br>https://www.samsung.com/us/support/answer/ANS10003280/ |

**Samsung Claim Chart – U.S. Patent No. 12,346,160**

<table>
<tr><th>Claims</th><th>Samsung Accused Product</th></tr>
<tr><td>[1-D] wherein the internal potting adheres to the external housing, and wherein the external housing and the internal potting together enclose the curved battery, the printed circuit board, and the one or more components,</td><td>In the Samsung Accused Product, the internal potting adheres to the external housing, and the external housing and the internal potting together enclose the curved battery, the printed circuit board, and the one or more components:<br><br></td></tr>
</table>

| Claims | Samsung Accused Product |
| --- | --- |
| | <br><br>• **Battery**: The total battery life of the Ring will depend on its size. For example, size 5 offers 18mAH and size 13 offers 23.5mAh. The Ring also provides up to 7 days of battery life when fully charged using the charging case. It will take 80 minutes to fully charge with the case.<br>https://www.samsung.com/us/support/answer/ANS10003278/ (confirming battery) |

<table>
<tr><th>Claims</th><th>Samsung Accused Product</th></tr>
<tr><td></td><td>
Specs
<table>
<tr><td colspan="3">Display</td></tr>
<tr><td>Color<br>Titanium Black</td><td>Material<br>Titanium</td><td>Size<br>9 sizes (US 5 - US 13)</td></tr>
<tr><td colspan="3">Dimensions</td></tr>
<tr><td>Width<br>7.0mm</td><td>Thickness<br>2.6mm</td><td>Weight<br>2.3g (US 5) - 3.2g (US 13)</td></tr>
<tr><td>Shipping Weight<br>0.38 lb</td><td></td><td></td></tr>
<tr><td colspan="3">Battery</td></tr>
<tr><td>Ring<br>18mAh (US 5) - 23.5mAh (US 13)</td><td>Charging case<br>361mAh</td><td>Usage<br>up to 7 days</td></tr>
<tr><td>Full charge<br>80 min</td><td></td><td></td></tr>
<tr><td colspan="3">Sensors</td></tr>
<tr><td>Accelerometer<br>Yes</td><td>PPG<br>2PD + 3LED (R / 2xG / IR)</td><td>Skin temperature<br>NTC-Temperature Sensor</td></tr>
<tr><td colspan="3">Other Features</td></tr>
<tr><td>MCU<br>nRF5340 (Nordic)</td><td>RAM<br>512KB + 64KB</td><td>Memory<br>8MB</td></tr>
<tr><td>Connectivity<br>Bluetooth® 5.4</td><td>Water Resistance<br>10ATM, IP68</td><td></td></tr>
</table>
https://www.samsung.com/us/rings/galaxy-ring/buy/galaxy-ring-titanium-gold-sm-q50xnzdaxar/ (showing one or more components including “MCU” (microcontroller unit) “nRF3540 (Nordic)”)
</td></tr>
</table>

**Samsung Claim Chart – U.S. Patent No. 12,346,160**

| Claims | Samsung Accused Product |
|---|---|
| | <br>https://www.ifixit.com/News/98423/samsungs-galaxy-ring-revealed (providing evidence of a printed circuit board, one or more components, and one or more processors)<br><br>https://www.ifixit.com/News/98423/samsungs-galaxy-ring-revealed (providing evidence of a printed circuit board, one or more components, and one or more processors) |

| Claims | Samsung Accused Product |
|---|---|
| **[1-E]** wherein the curved battery has a size and shape configured to fit within the housing, the curved battery extending along a first portion of a curved perimeter of the external housing, | In the Samsung Accused Product, the curved battery has a size and shape configured to fit within the housing, the curved battery extending along a first portion of a curved perimeter of the external housing:   P2120267.JPG<br>• **Battery**: The total battery life of the Ring will depend on its size. For example, size 5 offers 18mAH and size 13 offers 23.5mAh. The Ring also provides up to 7 days of battery life when fully charged using the charging case. It will take 80 minutes to fully charge with the case.<br>https://www.samsung.com/us/support/answer/ANS10003278/ (confirming battery) |
| **[1-F]** wherein the printed circuit board is electrically coupled with the curved battery, the printed circuit board extending along a second portion of the curved perimeter of the external housing, | In the Samsung Accused Product, the printed circuit board is electrically coupled with the curved battery, the printed circuit board extending along a second portion of the curved perimeter of the external housing: |

**Samsung Claim Chart – U.S. Patent No. 12,346,160**

| Claims | Samsung Accused Product |
|---|---|
| | <br><br>P2120267.JPG<br><br>• **Battery**: The total battery life of the Ring will depend on its size. For example, size 5 offers 18mAH and size 13 offers 23.5mAh. The Ring also provides up to 7 days of battery life when fully charged using the charging case. It will take 80 minutes to fully charge with the case.<br><br>https://www.samsung.com/us/support/answer/ANS10003278/ (confirming battery) |

**Samsung Claim Chart – U.S. Patent No. 12,346,160**

| Claims | Samsung Accused Product |
|---|---|
| | reduce the amount of clutter in the image.<br><br>On the right hand side of the ring is the faint outline of a lithium polymer battery pouch. There's an inductive coil sitting right on top of the battery (the lines that look like a rectangular track) and another very similar inductive coil<br>https://www.ifixit.com/News/98423/samsungs-galaxy-ring-revealed (showing curved battery) |

**Samsung Claim Chart – U.S. Patent No. 12,346,160**

| Claims | Samsung Accused Product |
| --- | --- |
| | <br><br>https://www.ifixit.com/News/98423/samsungs-galaxy-ring-revealed (circuit board)<br><br><br>https://www.ifixit.com/News/98423/samsungs-galaxy-ring-revealed (providing evidence of a printed circuit board, one or more components, and one or more processors coupled to battery) |

| **Claims** | **Samsung Accused Product** |
|---|---|
| | <br>https://www.ifixit.com/News/98423/samsungs-galaxy-ring-revealed (providing evidence of a printed circuit board, one or more components, and one or more processors)<br><br>Upon information and belief, the printed circuit board is electrically coupled with the curved battery through the physical connections shown above. |
| **[1-G]** wherein the one or more components are electrically coupled with the printed circuit board and the curved battery, | In the Samsung Accused Product, the one or more components are electrically coupled with the printed circuit board and the curved battery: |

| Claims | Samsung Accused Product |
|---|---|
| |  |

**Samsung Claim Chart – U.S. Patent No. 12,346,160**

| Claims | Samsung Accused Product |
|---|---|
| | (see below) |

Specs

Display

| Color | Material | Size |
|---|---|---|
| Titanium Black | Titanium | 9 sizes (US 5 - US 13) |

Dimensions

| Width | Thickness | Weight |
|---|---|---|
| 7.0mm | 2.6mm | 2.3g (US 5) - 3.2g (US 13) |

| Shipping Weight |
|---|
| 0.38 lb |

Battery

| Ring | Charging case | Usage |
|---|---|---|
| 18mAh (US 5) - 23.5mAh (US 13) | 361mAh | up to 7 days |

| Full charge |
|---|
| 80 min |

Sensors

| Accelerometer | PPG | Skin temperature |
|---|---|---|
| Yes | 2PD + 3LED (R / 2xG / IR) | NTC-Temperature Sensor |

Other Features

| MCU | RAM | Memory |
|---|---|---|
| nRF5340 (Nordic) | 512KB + 64KB | 8MB |

| Connectivity | Water Resistance |
|---|---|
| Bluetooth® 5.4 | 10ATM, IP68 |

https://www.samsung.com/us/rings/galaxy-ring/buy/galaxy-ring-titanium-gold-sm-q50xnzdaxar/ (showing components)

| Claims | Samsung Accused Product |
| --- | --- |
| | reduce the amount of clutter in the image.<br><br>On the right hand side of the ring is the faint outline of a lithium polymer battery pouch. There's an inductive coil sitting right on top of the battery (the lines that look like a rectangular track) and another very similar inductive coil<br>https://www.ifixit.com/News/98423/samsungs-galaxy-ring-revealed (showing curved battery coupled to circuit board to provide power to circuit board) |

**Samsung Claim Chart – U.S. Patent No. 12,346,160**

| Claims | Samsung Accused Product |
|---|---|
| | <br><br>https://www.ifixit.com/News/98423/samsungs-galaxy-ring-revealed (circuit board)<br><br><br>https://www.ifixit.com/News/98423/samsungs-galaxy-ring-revealed (providing evidence of a printed circuit board, one or more components, and one or more processors coupled to battery) |

**Samsung Claim Chart – U.S. Patent No. 12,346,160**

| Claims | Samsung Accused Product |
|---|---|
| | <br>https://www.ifixit.com/News/98423/samsungs-galaxy-ring-revealed (providing evidence of a printed circuit board, one or more components, and one or more processors)<br><br>Upon information and belief, the one or more components are electrically coupled with the printed circuit board and the curved battery due to the physical connections shown above. |
| **[1-H]** the one or more components comprising: an accelerometer configured to detect the physical movement of the user; | In the Samsung Accused Product, the one or more components comprise an accelerometer configured to detect the physical movement of the user: |

**Samsung Claim Chart – U.S. Patent No. 12,346,160**

| Claims | Samsung Accused Product |
|---|---|
| |     https://www.samsung.com/us/rings/galaxy-ring/ (showing accelerometer and activity tracking) |

**Samsung Claim Chart – U.S. Patent No. 12,346,160**

| Claims | Samsung Accused Product |
|---|---|
| | **Specs**<br><br>Display<br>**Color**: Titanium Black<br>**Material**: Titanium<br>**Size**: 9 sizes (US 5 - US 13)<br><br>Dimensions<br>**Width**: 7.0mm<br>**Thickness**: 2.6mm<br>**Weight**: 2.3g (US 5) - 3.2g (US 13)<br>**Shipping Weight**: 0.38 lb<br><br>Battery<br>**Ring**: 18mAh (US 5) - 23.5mAh (US 13)<br>**Charging case**: 361mAh<br>**Usage**: up to 7 days<br>**Full charge**: 80 min<br><br>Sensors<br>**Accelerometer**: Yes<br>**PPG**: 2PD + 3LED (R / 2xG / IR)<br>**Skin temperature**: NTC-Temperature Sensor<br><br>Other Features<br>**MCU**: nRF5340 (Nordic)<br>**RAM**: 512KB + 64KB<br>**Memory**: 8MB<br>**Connectivity**: Bluetooth® 5.4<br>**Water Resistance**: 10ATM, IP68<br><br>https://www.samsung.com/us/rings/galaxy-ring/buy/galaxy-ring-titanium-gold-sm-q50xnzdaxar/ (showing accelerometer) |

| Claims | Samsung Accused Product |
| --- | --- |
| |   https://www.samsung.com/us/rings/galaxy-ring/buy/galaxy-ring-titanium-gold-sm-q50xnzdaxar/ <br><br>   https://www.samsung.com/us/rings/galaxy-ring/ (confirming sensing data related to physical movement) |

**Samsung Claim Chart – U.S. Patent No. 12,346,160**

| Claims | Samsung Accused Product |
|---|---|
| | With the Galaxy Ring, you can keep track of your health and wellness using energy, sleep, heart rate, and activity tracking features. The data from each can be viewed in the Samsung Health app.<br>• **Energy Score**: Your energy score includes a comprehensive analysis of your measured sleep, daily activities, and heart rate data.<br>• **Sleep**: Analyze and record your sleep by measuring your heart rate, blood oxygen, and skin temperature.<br>• **Heart rate**: Measure and record your heart rate.<br>• **Workouts**: Galaxy Ring can automatically detect and track walking and running once you enable it in Samsung Health settings in the Galaxy Wearable app.<br><br>https://www.samsung.com/us/support/answer/ANS10003278/<br><br>Auto detect workouts<br>The Galaxy Ring automatically recognizes when you are exercising and can automatically record such information as the exercise type, duration, and calories burned. When some exercises are stopped for more than one minute, the Ring stops recording. This feature uses acceleration and heart rate sensors to detect your workouts. Accuracy of exercise measurements may vary by person.<br><br>Samsung Galaxy User Guide, at 26, https://downloadcenter.samsung.com/content/UM/202410/20241023084019985/WEA_Q50X_EN_UG_XER_102224_FINAL_REV_1.1.pdf<br><br>Upon information and belief, the accelerometer shown above is configured to detect the physical movement of the user. |

<table>
<tr><th>Claims</th><th>Samsung Accused Product</th></tr>
<tr><td>[1-I] a temperature sensor configured to detect the skin temperature of the user;</td><td>In the Samsung Accused Product, the one or more components comprise a temperature sensor configured to detect the skin temperature of the user:<br><br>
Specs<br><br>
Display<br>
Color: Titanium Black<br>
Material: Titanium<br>
Size: 9 sizes (US 5 - US 13)<br><br>
Dimensions<br>
Width: 7.0mm<br>
Thickness: 2.6mm<br>
Weight: 2.3g (US 5) - 3.2g (US 13)<br>
Shipping Weight: 0.38 lb<br><br>
Battery<br>
Ring: 18mAh (US 5) - 23.5mAh (US 13)<br>
Charging case: 361mAh<br>
Usage: up to 7 days<br>
Full charge: 80 min<br><br>
Sensors<br>
Accelerometer: Yes<br>
PPG: 2PD + 3LED (R / 2xG / IR)<br>
Skin temperature: NTC-Temperature Sensor<br><br>
Other Features<br>
MCU: nRF5340 (Nordic)<br>
RAM: 512KB + 64KB<br>
Memory: 8MB<br>
Connectivity: Bluetooth® 5.4<br>
Water Resistance: 10ATM, IP68<br><br>
https://www.samsung.com/us/rings/galaxy-ring/buy/galaxy-ring-titanium-gold-sm-q50xnzdaxar/ (showing skin temperature sensor)</td></tr>
</table>

**Samsung Claim Chart – U.S. Patent No. 12,346,160**

| Claims | Samsung Accused Product |
|---|---|
| | <br><br>https://www.samsung.com/us/rings/galaxy-ring/<br>The Galaxy Ring's ability to deliver a comprehensive range of health information, from sleep quality to daily activities, is rooted in its advanced built-in sensors. With a skin temperature sensor, heart rate monitor sensor and accelerometer, the Galaxy Ring's trio of state-of-the-art sensors encircle the user's finger — meticulously tracking data that is subsequently analyzed by Galaxy AI to provide personalized health insights. Users can access detailed health information and insights on the Samsung Health app.<br>https://news.samsung.com/global/unboxing-meet-galaxy-ring-a-personalized-health-care-device-encased-in-a-fancy-charging-case |

| Claims | Samsung Accused Product |
| --- | --- |
| | With the Galaxy Ring, you can keep track of your health and wellness using energy, sleep, heart rate, and activity tracking features. The data from each can be viewed in the Samsung Health app.<br><br>• **Energy Score**: Your energy score includes a comprehensive analysis of your measured sleep, daily activities, and heart rate data.<br>• Sleep: Analyze and record your sleep by measuring your heart rate, blood oxygen, and skin temperature.<br>• **Heart rate**: Measure and record your heart rate.<br>• Workouts: Galaxy Ring can automatically detect and track walking and running once you enable it in Samsung Health settings in the Galaxy Wearable app.<br><br>https://www.samsung.com/us/support/answer/ANS10003278/<br><br>Skin temperature<br>The Ring can measure changes in your skin temperature while you sleep to help you make a more optimal sleeping environment.<br>1. From **Galaxy Wearable**, tap **Sleep**.<br>2. Tap **More options** > **Advanced measurement** > **Skin temperature during sleep**.<br>3. Tap to enable the feature.<br><br>Samsung Galaxy User Guide, at 23, https://downloadcenter.samsung.com/content/UM/202410/20241023084019985/WEA_Q50X_EN_UG_XER_102224_FINAL_REV_1.1.pdf<br><br>Upon information and belief, the temperature sensor identified above is configured to detect the skin temperature of the user. |

**Samsung Claim Chart – U.S. Patent No. 12,346,160**

| Claims | Samsung Accused Product |
|---|---|
| **[1-J]** a first light emitting diode (LED) configured to emit visible light and a second LED configured to emit one of infrared light or near-infrared light, wherein the first LED and the second LED are positioned to emit one or more of the visible light, the infrared light, or the near-infrared light through the internal potting towards the tissue of the user; and | In the Samsung Accused Product, the one or more components comprise a first light emitting diode (LED) configured to emit visible light and a second LED configured to emit one of infrared light or near-infrared light, wherein the first LED and the second LED are positioned to emit one or more of the visible light, the infrared light, or the near-infrared light through the internal potting towards the tissue of the use:   https://www.samsung.com/us/rings/galaxy-ring/ |

| Claims | Samsung Accused Product |
|---|---|
| | **Specs**<br><br>Display<br>**Color**: Titanium Black — **Material**: Titanium — **Size**: 9 sizes (US 5 - US 13)<br><br>Dimensions<br>**Width**: 7.0mm — **Thickness**: 2.6mm — **Weight**: 2.3g (US 5) - 3.2g (US 13)<br>**Shipping Weight**: 0.38 lb<br><br>Battery<br>**Ring**: 18mAh (US 5) - 23.5mAh (US 13) — **Charging case**: 361mAh — **Usage**: up to 7 days<br>**Full charge**: 80 min<br><br>Sensors<br>**Accelerometer**: Yes — **PPG**: 2PD + 3LED (R / 2xG / IR) — **Skin temperature**: NTC-Temperature Sensor<br><br>Other Features<br>**MCU**: nRF5340 (Nordic) — **RAM**: 512KB + 64KB — **Memory**: 8MB<br>**Connectivity**: Bluetooth® 5.4 — **Water Resistance**: 10ATM, IP68<br><br>https://www.samsung.com/us/rings/galaxy-ring/buy/galaxy-ring-titanium-gold-sm-q50xnzdaxar/ (showing one "R" or red LED that emits visible light, two "G" or green LEDs that emit visible light, one "IR" or infrared LED that emits infrared light or near-infrared light, and two "PD" or photodetectors) |

| Claims | Samsung Accused Product |
|---|---|
| |   P2120287.JPG   P2120267.JPG |

**Samsung Claim Chart – U.S. Patent No. 12,346,160**

| Claims | Samsung Accused Product |
|---|---|
| | Upon information and belief, the second LED identified above is positioned within the housing and configured to emit one or more of the infrared light or the near-infrared light through the internal potting towards tissue of the user. |
| **[1-K]** one or more light sensors configured to detect the one or more of the visible light, the infrared light, or the near-infrared light to measure the heart rate and the blood oxygenation level of the user. | In the Samsung Accused Product, one or more light sensors are configured to detect the one or more of the visible light, the infrared light, or the near-infrared light to measure the heart rate and the blood oxygenation level of the user:<br><br><br><br> |

| Claims | Samsung Accused Product |
|---|---|
| |  |

**Samsung Claim Chart – U.S. Patent No. 12,346,160**

| Claims | Samsung Accused Product |
| --- | --- |
| |  <br>https://www.samsung.com/us/rings/galaxy-ring/ |

**Samsung Claim Chart – U.S. Patent No. 12,346,160**

| Claims | Samsung Accused Product |
|---|---|
| | **Specs**<br><br>Display<br>**Color** Titanium Black<br>**Material** Titanium<br>**Size** 9 sizes (US 5 - US 13)<br><br>Dimensions<br>**Width** 7.0mm<br>**Thickness** 2.6mm<br>**Weight** 2.3g (US 5) - 3.2g (US 13)<br>**Shipping Weight** 0.38 lb<br><br>Battery<br>**Ring** 18mAh (US 5) - 23.5mAh (US 13)<br>**Charging case** 361mAh<br>**Usage** up to 7 days<br>**Full charge** 80 min<br><br>Sensors<br>**Accelerometer** Yes<br>**PPG** 2PD + 3LED (R / 2xG / IR)<br>**Skin temperature** NTC-Temperature Sensor<br><br>Other Features<br>**MCU** nRF5340 (Nordic)<br>**RAM** 512KB + 64KB<br>**Memory** 8MB<br>**Connectivity** Bluetooth® 5.4<br>**Water Resistance** 10ATM, IP68<br><br>https://www.samsung.com/us/rings/galaxy-ring/buy/galaxy-ring-titanium-gold-sm-q50xnzdaxar/ (showing one “R” or red LED that emits visible light, two “G” or green LEDs that emit visible light, one “IR” or infrared LED that emits infrared light or near-infrared light, and two “PD” or photodetectors) |

**Samsung Claim Chart – U.S. Patent No. 12,346,160**

| Claims | Samsung Accused Product |
|---|---|
| | **Sleep**<br>Your Ring analyses your sleep by measuring your heart rate, blood oxygen, skin temperature, and more while you are sleeping.<br><br>https://www.samsung.com/levant/support/mobile-devices/how-to-use-the-samsung-galaxy-ring/<br><br>Galaxy Ring features<br>Your Ring records and manages your daily physical activities to help you cultivate healthy habits. You can save and manage health-related data in the Samsung Health app on the connected mobile devices. Learn more: **samsung.com/us/support/owners/app/samsung-health**<br><br>**NOTE** The information gathered from this device, Samsung Health, or related software is not intended for use in the diagnosis of disease or other conditions, or in the cure, mitigation, treatment or prevention of disease.<br><br>Samsung Galaxy User Guide, at 17, https://downloadcenter.samsung.com/content/UM/202410/20241023084019985/WEA_Q50X_EN_UG_XER_102224_FINAL_REV_1.1.pdf |

<table>
<tr><th>Claims</th><th>Samsung Accused Product</th></tr>
<tr><td></td><td>
<table>
<tr><th>Feature</th><th>Measures and detection</th></tr>
<tr><td>Sleep monitoring</td><td>• Sleep time<br>• Blood oxygen<br>• Snoring<br>• Skin temperature<br>• Heart rate<br>• Respiratory rate<br>• Sleep coaching</td></tr>
<tr><td>Heart rate monitoring</td><td>• Automatic measurement<br>• Manual measurement<br>• Heart rate alert</td></tr>
<tr><td>Workout detection</td><td>• Walking<br>• Running</td></tr>
</table>
Samsung Galaxy User Guide, at 17, https://downloadcenter.samsung.com/content/UM/202410/20241023084019985/WEA_Q50X_EN_UG_XER_102224_FINAL_REV_1.1.pdf<br><br>
Energy score<br>
Your energy score is based on a comprehensive analysis of daily measured sleep, activities, and heart rate data. You can check your score and get suggestions for improving your overall wellness.<br>
Samsung Galaxy User Guide, at 21, https://downloadcenter.samsung.com/content/UM/202410/20241023084019985/WEA_Q50X_EN_UG_XER_102224_FINAL_REV_1.1.pdf
</td></tr>
</table>

| Claims | Samsung Accused Product |
| --- | --- |
| | **Sleep**<br>Wear your Galaxy Ring while you sleep to measure your heart rate, blood oxygen, skin temperature, and related patterns. The Ring measures your sleep patterns automatically.<br>**Blood oxygen level**<br>The Ring can measure your blood oxygen level while you sleep.<br>1. From Galaxy Wearable, tap Sleep.<br>2. Tap More options > Advanced measurement > Blood oxygen.<br>Samsung Galaxy User Guide, at 22, https://downloadcenter.samsung.com/content/UM/202410/20241023084019985/WEA_Q50X_EN_UG_XER_102224_FINAL_REV_1.1.pdf<br><br>Upon information and belief, the one or more light sensors identified above are configured to detect the one or more of the visible light, the infrared light, or the near-infrared light emitted to measure the heart rate and the blood oxygenation level of the user. |