# EXHIBIT 14

**<u>Samsung Claim Chart – U.S. Patent No. 12,422,889</u>**

| Claims | Samsung Accused Product |
|---|---|
| **[1-P]** A wearable ring device configured to be worn on a finger of a user, the wearable ring device comprising: | Plaintiff asserts that the preamble is limiting. Samsung Accused Product is a wearable ring device configured to be worn on a finger of a user. For example, Samsung advertises on its website that the Accused Product is a "health tracker" worn "on your finger":<br><br>https://www.samsung.com/us/rings/galaxy-ring/<br><br>https://www.samsung.com/us/rings/galaxy-ring/buy/galaxy-ring-titanium-gold-sm-q50xnzdaxar/ |
| **[1-A]** an external housing comprising a metallic material, the external housing comprising an exterior surface, an internal surface, a first flange, and a second | Samsung Accused Product includes an external housing comprising a metallic material that has an exterior surface, an internal surface, a first flange, and a second flange, wherein the internal surface, the first flange, and the second flange define an internal space of the external housing: |

**Samsung Claim Chart – U.S. Patent No. 12,422,889**

| Claims | Samsung Accused Product |
|---|---|
| flange, wherein the internal surface, the first flange, and the second flange define an internal space of the external housing; and | <br><br>P2110091.JPG<br><br><br>P2110033.JPG |

**Samsung Claim Chart – U.S. Patent No. 12,422,889**

| Claims | Samsung Accused Product |
| --- | --- |
| |  |

**Samsung Claim Chart – U.S. Patent No. 12,422,889**

| Claims | Samsung Accused Product |
|---|---|
| | |

**Specs**

| | | |
|---|---|---|
| **Display** | | |
| **Color** | **Material** | **Size** |
| Titanium Black | Titanium | 9 sizes (US 5 - US 13) |
| **Dimensions** | | |
| **Width** | **Thickness** | **Weight** |
| 7.0mm | 2.6mm | 2.3g (US 5) - 3.2g (US 13) |
| **Shipping Weight** | | |
| 0.38 lb | | |
| **Battery** | | |
| **Ring** | **Charging case** | **Usage** |
| 18mAh (US 5) - 23.5mAh (US 13) | 361mAh | up to 7 days |
| **Full charge** | | |
| 80 min | | |
| **Sensors** | | |
| **Accelerometer** | **PPG** | **Skin temperature** |
| Yes | 2PD + 3LED (R / 2xG / IR) | NTC-Temperature Sensor |
| **Other Features** | | |
| **MCU** | **RAM** | **Memory** |
| nRF5340 (Nordic) | 512KB + 64KB | 8MB |
| **Connectivity** | **Water Resistance** | |
| Bluetooth® 5.4 | 10ATM, IP68 | |

https://www.samsung.com/us/rings/galaxy-ring/buy/galaxy-ring-titanium-gold-sm-q50xnzdaxar/
(showing metallic material: "Titanium")

**Note:** Product composition material (Ring)

- **Inner skin contact surface**: Epoxy
- **Outer surface**: Titanium

https://www.samsung.com/uk/support/mobile-devices/samsung-galaxy-ring-materials-and-wearing-precautions/

**Samsung Claim Chart – U.S. Patent No. 12,422,889**

| Claims | Samsung Accused Product |
|---|---|
| |  ▲ The Galaxy Ring's Titanium Grade 5 finish and 10 ATM water resistance provide users with greater freedom in their daily lives. https://news.samsung.com/global/unboxing-meet-galaxy-ring-a-personalized-health-care-device-encased-in-a-fancy-charging-case (identifying "Titanium Grade 5" alloy) |

| Claims | Samsung Accused Product |
|---|---|
| | reduce the amount of clutter in the image.<br><br>On the right hand side of the ring is the faint outline of a lithium polymer battery pouch. There's an inductive coil sitting right on top of the battery (the lines that look like a rectangular track) and another very similar inductive coil<br>https://www.ifixit.com/News/98423/samsungs-galaxy-ring-revealed (showing evidence of external housing with internal space) |

| Claims | Samsung Accused Product |
|---|---|
| | <br>https://www.ifixit.com/News/98423/samsungs-galaxy-ring-revealed (showing evidence of external housing with internal space) |
| **[1-B]** an internal potting that at least partially surrounds a curved battery, a printed circuit board, and one or more component, wherein the internal potting at least partially fills the internal space of the external housing, and | Samsung Accused Product includes an internal potting that at least partially fills the internal space of the external housing and at least partially surrounds a curved battery, a printed circuit board, and one or more components: |

**Samsung Claim Chart – U.S. Patent No. 12,422,889**

| Claims | Samsung Accused Product |
|---|---|
| |     |

| Claims | Samsung Accused Product |
|---|---|
| |     |

| Claims | Samsung Accused Product |
| --- | --- |
| | <br><br>https://www.ifixit.com/News/98423/samsungs-galaxy-ring-revealed |

**Samsung Claim Chart – U.S. Patent No. 12,422,889**

| Claims | Samsung Accused Product |
|---|---|
| | <br>https://www.ifixit.com/News/98423/samsungs-galaxy-ring-revealed<br><br>https://www.ifixit.com/News/98423/samsungs-galaxy-ring-revealed |
| **[1-C]** wherein at least a portion of the internal potting forms an interior surface of | Samsung Accused Product includes an internal potting, wherein at least a portion of the internal potting forms an interior surface of the wearable ring device that is configured to contact the user when the wearable ring device is worn by the user: |

**Samsung Claim Chart – U.S. Patent No. 12,422,889**

| Claims | Samsung Accused Product |
|---|---|
| the wearable ring device that is configured to contact the user when the wearable ring device is worn by the user, | **AI-powered health tracker on your finger**<br>The more you wear your Galaxy Ring, the smarter it gets. Slip Galaxy Ring on your finger and let it **track** your health all day. Then, check the Samsung Health app to see the **comprehensive** health report **Galaxy AI** put together.[2, 7, 11, 12, 13]<br>https://www.samsung.com/us/rings/galaxy-ring/<br><br>**Fits like a dream**<br>Get personalized sleep insights with a sleep tracker that's so comfortable, you won't even notice it's there.[1]<br>https://www.samsung.com/us/rings/galaxy-ring/buy/galaxy-ring-titanium-gold-sm-q50xnzdaxar/ |

**Samsung Claim Chart – U.S. Patent No. 12,422,889**

<table>
<tr><th>Claims</th><th>Samsung Accused Product</th></tr>
<tr><td></td><td>


P2110110.JPG



P2110030.JPG
</td></tr>
</table>

**Samsung Claim Chart – U.S. Patent No. 12,422,889**

| Claims | Samsung Accused Product |
| --- | --- |
| |   |

**Samsung Claim Chart – U.S. Patent No. 12,422,889**

| Claims | Samsung Accused Product |
|---|---|
| | Tips for wearing your ring properly<br><br>There are a few things to keep in mind when wearing the Galaxy Ring. You can review our tips for more information:<br>• Ensure the orientation indicator on the side of the ring is facing towards your palm.<br>• Make sure the ring fits and there are no gaps between your skin and the ring's inner surface. This will ensure proper health tracking.<br>• Wear the ring on your non-dominant hand to avoid scratching it.<br>• Do not wear metal jewelry on adjacent fingers.<br>• Remove the ring when handling heavy or hard objects.<br>• Avoid wearing the ring when handling magnets, as these may interrupt the health tracking features.<br>https://www.samsung.com/us/support/answer/ANS10003280/ |
| **[1-D]** wherein the external housing and the internal potting together enclose the curved battery, the printed | Samsung Accused Product includes an external housing and internal potting that together enclose the curved battery, the printed circuit board, and the one or more components. |

<u>**Samsung Claim Chart – U.S. Patent No. 12,422,889**</u>

| Claims | Samsung Accused Product |
|---|---|
| circuit board, and the one or more components, |     |

| Claims | Samsung Accused Product |
| --- | --- |
| |     https://www.ifixit.com/News/98423/samsungs-galaxy-ring-revealed |

**Samsung Claim Chart – U.S. Patent No. 12,422,889**

| Claims | Samsung Accused Product |
|---|---|
| | <br><br>https://www.ifixit.com/News/98423/samsungs-galaxy-ring-revealed<br><br>https://www.ifixit.com/News/98423/samsungs-galaxy-ring-revealed |
| **[1-E]** wherein the curved battery has a size and shape configured to fit within a | In Samsung Accused Product, the curved battery has a size and shape configured to fit within a curved portion of the wearable ring device, the curved battery extending along a first portion of the curved perimeter of the external housing. |

**Samsung Claim Chart – U.S. Patent No. 12,422,889**

| Claims | Samsung Accused Product |
|---|---|
| curved portion of the wearable ring device, the curved battery extending along a first portion of a curved perimeter of the external housing, | <br><br>• **Battery**: The total battery life of the Ring will depend on its size. For example, size 5 offers 18mAH and size 13 offers 23.5mAh. The Ring also provides up to 7 days of battery life when fully charged using the charging case. It will take 80 minutes to fully charge with the case.<br>https://www.samsung.com/us/support/answer/ANS10003278/ (confirming battery) |

**Samsung Claim Chart – U.S. Patent No. 12,422,889**

| Claims | Samsung Accused Product |
|---|---|
| | <br>On the right hand side of the ring is the faint outline of a lithium polymer battery pouch. There's an inductive coil sitting right on top of the battery (the lines that look like a rectangular track) and another very similar inductive coil<br>https://www.ifixit.com/News/98423/samsungs-galaxy-ring-revealed (showing curved battery) |
| **[1-F]** wherein the printed circuit board is electrically coupled with the curved battery, the printed circuit board extending along a second portion of the curved perimeter of the external housing, and | In Samsung Accused Product, the printed circuit board is electrically coupled with the curved battery, the printed circuit extending along a second portion of the curved perimeter of the external housing: |

**Samsung Claim Chart – U.S. Patent No. 12,422,889**

| Claims | Samsung Accused Product |
| --- | --- |
| | <br><br>• **Battery**: The total battery life of the Ring will depend on its size. For example, size 5 offers 18mAH and size 13 offers 23.5mAh. The Ring also provides up to 7 days of battery life when fully charged using the charging case. It will take 80 minutes to fully charge with the case.<br>https://www.samsung.com/us/support/answer/ANS10003278/ (confirming battery) |

**Samsung Claim Chart – U.S. Patent No. 12,422,889**

| Claims | Samsung Accused Product |
|---|---|
| | reduce the amount of clutter in the image.<br><br>On the right hand side of the ring is the faint outline of a lithium polymer battery pouch. There's an inductive coil sitting right on top of the battery (the lines that look like a rectangular track) and another very similar inductive coil<br>https://www.ifixit.com/News/98423/samsungs-galaxy-ring-revealed (showing curved battery) |

**Samsung Claim Chart – U.S. Patent No. 12,422,889**

| Claims | Samsung Accused Product |
|---|---|
| | <br>https://www.ifixit.com/News/98423/samsungs-galaxy-ring-revealed (circuit board)<br><br>https://www.ifixit.com/News/98423/samsungs-galaxy-ring-revealed (providing evidence of a printed circuit board coupled to battery) |

**Samsung Claim Chart – U.S. Patent No. 12,422,889**

<table>
<tr><th>Claims</th><th>Samsung Accused Product</th></tr>
<tr><td></td><td><br>https://www.ifixit.com/News/98423/samsungs-galaxy-ring-revealed (providing evidence of a printed circuit board)<br><br>Upon information and belief, the printed circuit board is electrically coupled with the curved battery through the physical connections shown above.</td></tr>
<tr><td>[1-G] wherein the one or more components are electrically coupled with the printed circuit board and curved battery, the one or more components comprising:</td><td>The Samsung Accused Product includes one or more components electrically coupled with the printed circuit board and the curved battery.</td></tr>
</table>

**Samsung Claim Chart – U.S. Patent No. 12,422,889**

| Claims | Samsung Accused Product |
|---|---|
| |     |

**Samsung Claim Chart – U.S. Patent No. 12,422,889**

| Claims | Samsung Accused Product |
|---|---|
| | <br><br>https://www.ifixit.com/News/98423/samsungs-galaxy-ring-revealed (circuit board)<br><br><br>https://www.ifixit.com/News/98423/samsungs-galaxy-ring-revealed (providing evidence of a printed circuit board, a curved battery, and one or more components coupled to the circuit board) |

**Samsung Claim Chart – U.S. Patent No. 12,422,889**

| Claims | Samsung Accused Product |
|---|---|
| | <br>https://www.ifixit.com/News/98423/samsungs-galaxy-ring-revealed (providing evidence of a printed circuit board, a curved battery, and one or more components coupled to the circuit board)<br><br>Upon information and belief, the printed circuit board and curved battery are electrically coupled with the one or more components through the physical connections shown above. |
| **[1-H]** an accelerometer configured to detect physical movement of the user; | Samsung Accused Product have an accelerometer configured to detect physical movement of the user. |

**Samsung Claim Chart – U.S. Patent No. 12,422,889**

| Claims | Samsung Accused Product |
| --- | --- |
| | <br>https://www.samsung.com/us/rings/galaxy-ring/ (showing accelerometer and activity tracking) |

**Samsung Claim Chart – U.S. Patent No. 12,422,889**

| Claims | Samsung Accused Product |
|---|---|
| | **Specs**<br><br>Display<br>**Color**: Titanium Black<br>**Material**: Titanium<br>**Size**: 9 sizes (US 5 - US 13)<br><br>Dimensions<br>**Width**: 7.0mm<br>**Thickness**: 2.6mm<br>**Weight**: 2.3g (US 5) - 3.2g (US 13)<br>**Shipping Weight**: 0.38 lb<br><br>Battery<br>**Ring**: 18mAh (US 5) - 23.5mAh (US 13)<br>**Charging case**: 361mAh<br>**Usage**: up to 7 days<br>**Full charge**: 80 min<br><br>Sensors<br>**Accelerometer**: Yes<br>**PPG**: 2PD + 3LED (R / 2xG / IR)<br>**Skin temperature**: NTC-Temperature Sensor<br><br>Other Features<br>**MCU**: nRF5340 (Nordic)<br>**RAM**: 512KB + 64KB<br>**Memory**: 8MB<br>**Connectivity**: Bluetooth® 5.4<br>**Water Resistance**: 10ATM, IP68<br><br>https://www.samsung.com/us/rings/galaxy-ring/buy/galaxy-ring-titanium-gold-sm-q50xnzdaxar/<br>(showing accelerometer) |

**Samsung Claim Chart – U.S. Patent No. 12,422,889**

| Claims | Samsung Accused Product |
| --- | --- |
| | <br>**Ready, set, track**<br>Automatically collect the insights you need with Auto Workout Detection as soon as you start a walk or run.[5]<br>https://www.samsung.com/us/rings/galaxy-ring/buy/galaxy-ring-titanium-gold-sm-q50xnzdaxar/<br><br>https://www.samsung.com/us/rings/galaxy-ring/ (confirming sensing data related to physical movement) |

| Claims | Samsung Accused Product |
|---|---|
| | With the Galaxy Ring, you can keep track of your health and wellness using energy, sleep, heart rate, and activity tracking features. The data from each can be viewed in the Samsung Health app.<br>• **Energy Score**: Your energy score includes a comprehensive analysis of your measured sleep, daily activities, and heart rate data.<br>• Sleep: Analyze and record your sleep by measuring your heart rate, blood oxygen, and skin temperature.<br>• **Heart rate**: Measure and record your heart rate.<br>• Workouts: Galaxy Ring can automatically detect and track walking and running once you enable it in Samsung Health settings in the Galaxy Wearable app.<br><br>https://www.samsung.com/us/support/answer/ANS10003278/<br><br>Auto detect workouts<br>The Galaxy Ring automatically recognizes when you are exercising and can automatically record such information as the exercise type, duration, and calories burned. When some exercises are stopped for more than one minute, the Ring stops recording. This feature uses acceleration and heart rate sensors to detect your workouts. Accuracy of exercise measurements may vary by person.<br><br>Samsung Galaxy User Guide, at 26.<br><br>Upon information and belief, the accelerometer shown above is configured to detect the physical movement of the user. |
| **[1-I]** a temperature sensor configured to detect skin temperature of the user; | Samsung Accused Product has a temperature sensor configured to detect the skin temperature of the user: |

**Samsung Claim Chart – U.S. Patent No. 12,422,889**

| Claims | Samsung Accused Product |
|---|---|
| | **Specs**<br><br>Display<br>**Color**: Titanium Black<br>**Material**: Titanium<br>**Size**: 9 sizes (US 5 - US 13)<br><br>Dimensions<br>**Width**: 7.0mm<br>**Thickness**: 2.6mm<br>**Weight**: 2.3g (US 5) - 3.2g (US 13)<br>**Shipping Weight**: 0.38 lb<br><br>Battery<br>**Ring**: 18mAh (US 5) - 23.5mAh (US 13)<br>**Charging case**: 361mAh<br>**Usage**: up to 7 days<br>**Full charge**: 80 min<br><br>Sensors<br>**Accelerometer**: Yes<br>**PPG**: 2PD + 3LED (R / 2xG / IR)<br>**Skin temperature**: NTC-Temperature Sensor<br><br>Other Features<br>**MCU**: nRF5340 (Nordic)<br>**RAM**: 512KB + 64KB<br>**Memory**: 8MB<br>**Connectivity**: Bluetooth® 5.4<br>**Water Resistance**: 10ATM, IP68<br><br>https://www.samsung.com/us/rings/galaxy-ring/buy/galaxy-ring-titanium-gold-sm-q50xnzdaxar/<br>(showing skin temperature sensor) |

**Samsung Claim Chart – U.S. Patent No. 12,422,889**

| Claims | Samsung Accused Product |
|---|---|
| | <br>https://www.samsung.com/us/rings/galaxy-ring/<br>The Galaxy Ring's ability to deliver a comprehensive range of health information, from sleep quality to daily activities, is rooted in its advanced built-in sensors. With a skin temperature sensor, heart rate monitor sensor and accelerometer, the Galaxy Ring's trio of state-of-the-art sensors encircle the user's finger – meticulously tracking data that is subsequently analyzed by Galaxy AI to provide personalized health insights. Users can access detailed health information and insights on the Samsung Health app.<br>https://news.samsung.com/global/unboxing-meet-galaxy-ring-a-personalized-health-care-device-encased-in-a-fancy-charging-case |

| Claims | Samsung Accused Product |
|---|---|
| | With the Galaxy Ring, you can keep track of your health and wellness using energy, sleep, heart rate, and activity tracking features. The data from each can be viewed in the Samsung Health app.<br><br>• **Energy Score**: Your energy score includes a comprehensive analysis of your measured sleep, daily activities, and heart rate data.<br>• **Sleep**: Analyze and record your sleep by measuring your heart rate, blood oxygen, and skin temperature.<br>• **Heart rate**: Measure and record your heart rate.<br>• **Workouts**: Galaxy Ring can automatically detect and track walking and running once you enable it in Samsung Health settings in the Galaxy Wearable app.<br><br>https://www.samsung.com/us/support/answer/ANS10003278/<br><br>Skin temperature<br><br>The Ring can measure changes in your skin temperature while you sleep to help you make a more optimal sleeping environment.<br>1. From **Galaxy Wearable**, tap **Sleep**.<br>2. Tap **More options** > **Advanced measurement** > **Skin temperature during sleep**.<br>3. Tap to enable the feature.<br><br>Samsung Galaxy User Guide, at 23.<br><br>Upon information and belief, the temperature sensor identified above is configured to detect the skin temperature of the user. |
| **[1-J]** a first light emitting diode (LED) configured to emit visible light and a second LED configured to emit one of infrared light or near-infrared light; and | Samsung Accused Product has a first light emitting diode (LED) configured to emit visible light and a second LED configured to emit one of infrared light or near-infrared light: |

**Samsung Claim Chart – U.S. Patent No. 12,422,889**

| Claims | Samsung Accused Product |
|---|---|
| |  https://www.samsung.com/us/rings/galaxy-ring/ |

<table>
<tr><th>Claims</th><th>Samsung Accused Product</th></tr>
<tr><td></td><td>
Specs<br><br>
Display<br>
<table>
<tr><td>Color<br>Titanium Black</td><td>Material<br>Titanium</td><td>Size<br>9 sizes (US 5 - US 13)</td></tr>
</table>
Dimensions<br>
<table>
<tr><td>Width<br>7.0mm</td><td>Thickness<br>2.6mm</td><td>Weight<br>2.3g (US 5) - 3.2g (US 13)</td></tr>
<tr><td>Shipping Weight<br>0.38 lb</td><td></td><td></td></tr>
</table>
Battery<br>
<table>
<tr><td>Ring<br>18mAh (US 5) - 23.5mAh (US 13)</td><td>Charging case<br>361mAh</td><td>Usage<br>up to 7 days</td></tr>
<tr><td>Full charge<br>80 min</td><td></td><td></td></tr>
</table>
Sensors<br>
<table>
<tr><td>Accelerometer<br>Yes</td><td>PPG<br>2PD + 3LED (R / 2xG / IR)</td><td>Skin temperature<br>NTC-Temperature Sensor</td></tr>
</table>
Other Features<br>
<table>
<tr><td>MCU<br>nRF5340 (Nordic)</td><td>RAM<br>512KB + 64KB</td><td>Memory<br>8MB</td></tr>
<tr><td>Connectivity<br>Bluetooth® 5.4</td><td>Water Resistance<br>10ATM, IP68</td><td></td></tr>
</table>
https://www.samsung.com/us/rings/galaxy-ring/buy/galaxy-ring-titanium-gold-sm-q50xnzdaxar/<br>
(showing one “R” or red LED that emits visible light, two “G” or green LEDs that emit visible light, one “IR” or infrared LED that emits infrared light or near-infrared light, and two “PD” or photodetectors)
</td></tr>
</table>

| Claims | Samsung Accused Product |
| --- | --- |
| | <br>Upon information and belief, the second LED identified above is configured to emit one of infrared light or near-infrared light. |
| **[1-K]** one or more light sensors configured to detect one or more of the visible light, the infrared light, or the near-infrared light to support measurement of a heart rate and a blood oxygenation level of the user. | Samsung Accused Product has a light sensor configured to detect one or more of the visible light, the infrared light, or the near-infrared light to support measurement of a heart rate and a blood oxygenation level of the user:<br><br>https://www.samsung.com/us/rings/galaxy-ring/ |

<table>
<tr><th>Claims</th><th>Samsung Accused Product</th></tr>
<tr><td></td><td>
Specs
<table>
<tr><td colspan="3">Display</td></tr>
<tr><td>Color<br>Titanium Black</td><td>Material<br>Titanium</td><td>Size<br>9 sizes (US 5 - US 13)</td></tr>
<tr><td colspan="3">Dimensions</td></tr>
<tr><td>Width<br>7.0mm</td><td>Thickness<br>2.6mm</td><td>Weight<br>2.3g (US 5) - 3.2g (US 13)</td></tr>
<tr><td>Shipping Weight<br>0.38 lb</td><td></td><td></td></tr>
<tr><td colspan="3">Battery</td></tr>
<tr><td>Ring<br>18mAh (US 5) - 23.5mAh (US 13)</td><td>Charging case<br>361mAh</td><td>Usage<br>up to 7 days</td></tr>
<tr><td>Full charge<br>80 min</td><td></td><td></td></tr>
<tr><td colspan="3">Sensors</td></tr>
<tr><td>Accelerometer<br>Yes</td><td>PPG<br>2PD + 3LED (R / 2xG / IR)</td><td>Skin temperature<br>NTC-Temperature Sensor</td></tr>
<tr><td colspan="3">Other Features</td></tr>
<tr><td>MCU<br>nRF5340 (Nordic)</td><td>RAM<br>512KB + 64KB</td><td>Memory<br>8MB</td></tr>
<tr><td>Connectivity<br>Bluetooth® 5.4</td><td>Water Resistance<br>10ATM, IP68</td><td></td></tr>
</table>
https://www.samsung.com/us/rings/galaxy-ring/buy/galaxy-ring-titanium-gold-sm-q50xnzdaxar/<br>
(showing one “R” or red LED that emits visible light, two “G” or green LEDs that emit visible light, one “IR” or infrared LED that emits infrared light or near-infrared light, and two “PD” or photodetectors)
</td></tr>
</table>

**Samsung Claim Chart – U.S. Patent No. 12,422,889**

| Claims | Samsung Accused Product |
|---|---|
| | <br><br>https://www.samsung.com/us/rings/galaxy-ring/ (confirming sensing data related to heart rate)<br><br>The Galaxy Ring's ability to deliver a comprehensive range of health information, from sleep quality to daily activities, is rooted in its advanced built-in sensors. With a skin temperature sensor, heart rate monitor sensor and accelerometer, the Galaxy Ring's trio of state-of-the-art sensors encircle the user's finger – meticulously tracking data that is subsequently analyzed by Galaxy AI to provide personalized health insights. Users can access detailed health information and insights on the Samsung Health app.<br>https://news.samsung.com/global/unboxing-meet-galaxy-ring-a-personalized-health-care-device-encased-in-a-fancy-charging-case<br>**Sleep**<br>Your Ring analyses your sleep by measuring your heart rate, blood oxygen, skin temperature, and more while you are sleeping.<br>https://www.samsung.com/levant/support/mobile-devices/how-to-use-the-samsung-galaxy-ring/ |

| Claims | Samsung Accused Product |
|---|---|
| | (see embedded table below) Samsung Galaxy User Guide, at 17. Upon information and belief, the light sensors identified above are configured to detect the one or more of the visible light, the infrared light, or the near-infrared light emitted from one or both of the first LED and the second LED to support detection of a heart rate and blood oxygenation level of the user. |

| Feature | Measures and detection |
|---|---|
| Sleep monitoring | • Sleep time<br>• Blood oxygen<br>• Snoring<br>• Skin temperature<br>• Heart rate<br>• Respiratory rate<br>• Sleep coaching |
| Heart rate monitoring | • Automatic measurement<br>• Manual measurement<br>• Heart rate alert |
| Workout detection | • Walking<br>• Running |

Samsung Galaxy User Guide, at 17.

Upon information and belief, the light sensors identified above are configured to detect the one or more of the visible light, the infrared light, or the near-infrared light emitted from one or both of the first LED and the second LED to support detection of a heart rate and blood oxygenation level of the user.