# EXHIBIT 15

**Samsung Claim Chart – U.S. Patent No. 12,429,909**

| Claims | Samsung Accused Product |
|---|---|
| **[1-P]** A method of manufacturing a wearable ring device configured to be worn on a finger of a user, the method comprising: | Plaintiff asserts that the preamble is limiting. Samsung Accused Product is manufactured to be a wearable ring device configured to be worn on a finger of a user. For example, Samsung advertises on its website that the Accused Product is a "health tracker" worn "on your finger":<br><br><br>https://www.samsung.com/us/rings/galaxy-ring/<br> |

**Samsung Claim Chart – U.S. Patent No. 12,429,909**

| Claims | Samsung Accused Product |
|---|---|
| | https://www.samsung.com/us/rings/galaxy-ring/buy/galaxy-ring-titanium-gold-sm-q50xnzdaxar/<br><br>**Tips for wearing your ring properly**<br><br>There are a few things to keep in mind when wearing the Galaxy Ring. You can review our tips for more information:<br>• Ensure the orientation indicator on the side of the ring is facing towards your palm.<br>• Make sure the ring fits and there are no gaps between your skin and the ring's inner surface. This will ensure proper health tracking.<br>• Wear the ring on your non-dominant hand to avoid scratching it.<br>• Do not wear metal jewelry on adjacent fingers.<br>• Remove the ring when handling heavy or hard objects.<br>• Avoid wearing the ring when handling magnets, as these may interrupt the health tracking features.<br>https://www.samsung.com/us/support/answer/ANS10003280/ (confirming that the Samsung Accused Product is a wearable ring device worn on a finger of a user). |

**Samsung Claim Chart – U.S. Patent No. 12,429,909**

| Claims | Samsung Accused Product |
|---|---|
| | How to correctly wear the Galaxy Ring<br>Wear the ring with the orientation indicator facing your palm. Choose a finger where the ring fits comfortably, not too tight or loose.<br><br>https://www.samsung.com/ie/support/mobile-devices/how-to-use-the-samsung-galaxy-ring/ |
| **[1-A]** constructing an external housing that has an exterior surface, an internal surface, a first flange, and a second flange, wherein the internal surface, the first flange, and the second flange at least partially define an internal space of the external housing; | Upon information and belief, the Samsung Accused Product is manufactured by constructing an external housing that has an exterior surface, an internal surface, a first flange, and a second flange, wherein the internal surface, the first flange, and the second flange at least partially define an internal space of the external housing: |

**Samsung Claim Chart – U.S. Patent No. 12,429,909**

| Claims | Samsung Accused Product |
|---|---|
| | <br>P2110033.JPG<br><br>P2120308.JPG |

**Samsung Claim Chart – U.S. Patent No. 12,429,909**

| Claims | Samsung Accused Product |
|---|---|
| |  On the right hand side of the ring is the faint outline of a lithium polymer battery pouch. There's an inductive coil sitting right on top of the battery (the lines that look like a rectangular track) and another very similar inductive coil https://www.ifixit.com/News/98423/samsungs-galaxy-ring-revealed |

**Samsung Claim Chart – U.S. Patent No. 12,429,909**

| Claims | Samsung Accused Product |
|---|---|
| | <br>https://www.ifixit.com/News/98423/samsungs-galaxy-ring-revealed |
| **[1-B]** inserting a curved battery and a printed circuit board into a curved perimeter of the internal space of the external housing; | Upon information and belief, Samsung Accused Product is manufactured by inserting a curved battery and a printed circuit board into a curved perimeter of the internal space of the external housing: |

| Claims | Samsung Accused Product |
|---|---|
| | <br>P2120267.JPG |

| Claims | Samsung Accused Product |
|---|---|
| | **Galaxy Ring specifications and information**<br><br>• **Battery**: The total battery life of the Ring will depend on its size. For example, size 5 offers 18mAH and size 13 offers 23.5mAh. The Ring also provides up to 7 days of battery life when fully charged using the charging case. It will take 80 minutes to fully charge with the case.<br>https://www.samsung.com/us/support/answer/ANS10003278/ (confirming battery) |

| Claims | Samsung Accused Product |
| --- | --- |
| | reduce the amount of clutter in the image.<br><br>On the right hand side of the ring is the faint outline of a lithium polymer battery pouch. There's an inductive coil sitting right on top of the battery (the lines that look like a rectangular track) and another very similar inductive coil<br>https://www.ifixit.com/News/98423/samsungs-galaxy-ring-revealed (showing curved battery) |

**Samsung Claim Chart – U.S. Patent No. 12,429,909**

| Claims | Samsung Accused Product |
|---|---|
| | <br>https://www.ifixit.com/News/98423/samsungs-galaxy-ring-revealed (providing evidence of a printed circuit board)<br><br>https://www.ifixit.com/News/98423/samsungs-galaxy-ring-revealed (providing evidence of a printed circuit board) |

**Samsung Claim Chart – U.S. Patent No. 12,429,909**

| Claims | Samsung Accused Product |
|---|---|
| **[1-C]** applying an internal potting to at least partially fill the internal space of the external housing and at least partially cover the curved battery and the printed circuit board, wherein at least a portion of the internal potting forms an interior surface of the wearable ring device that is configured to contact the user when the wearable ring device is worn by the user, | On information and belief, Samsung Accused Product is manufactured with an internal potting applied to at least partially fill the internal space of the external housing and at least partially cover the curved battery and the printed circuit board, wherein at least a portion of the internal potting forms and interior surface of the wearable ring device that is configured to contact the user when the wearable ring device is worn by the user:     https://www.samsung.com/us/rings/galaxy-ring/ |

**Samsung Claim Chart – U.S. Patent No. 12,429,909**

| Claims | Samsung Accused Product |
|---|---|
| |  **Fits like a dream** Get personalized sleep insights with a sleep tracker that's so comfortable, you won't even notice it's there.[1] https://www.samsung.com/us/rings/galaxy-ring/buy/galaxy-ring-titanium-gold-sm-q50xnzdaxar/ |

| Claims | Samsung Accused Product |
|---|---|
| | **Tips for wearing your ring properly**<br><br>There are a few things to keep in mind when wearing the Galaxy Ring. You can review our tips for more information:<br>• Ensure the orientation indicator on the side of the ring is facing towards your palm.<br>• Make sure the ring fits and there are no gaps between your skin and the ring's inner surface. This will ensure proper health tracking.<br>• Wear the ring on your non-dominant hand to avoid scratching it.<br>• Do not wear metal jewelry on adjacent fingers.<br>• Remove the ring when handling heavy or hard objects.<br>• Avoid wearing the ring when handling magnets, as these may interrupt the health tracking features.<br>https://www.samsung.com/us/support/answer/ANS10003280/ (confirming that the Samsung Accused Product is a wearable ring device with an interior surface of the wearable ring device that is configured to contact the user when the wearable ring device is worn by the user). |

| Claims | Samsung Accused Product |
| --- | --- |
| |   P2120308.JPG   P2120337.JPG |

| Claims | Samsung Accused Product |
|---|---|
| | • **Battery**: The total battery life of the Ring will depend on its size. For example, size 5 offers 18mAH and size 13 offers 23.5mAh. The Ring also provides up to 7 days of battery life when fully charged using the charging case. It will take 80 minutes to fully charge with the case.<br><br>https://www.samsung.com/us/support/answer/ANS10003278/ (confirming battery)<br><br>**How to correctly wear the Galaxy Ring**<br>Wear the ring with the orientation indicator facing your palm. Choose a finger where the ring fits comfortably, not too tight or loose.<br><br>https://www.samsung.com/ie/support/mobile-devices/how-to-use-the-samsung-galaxy-ring/ |

**Samsung Claim Chart – U.S. Patent No. 12,429,909**

| Claims | Samsung Accused Product |
|---|---|
| | <br>On the right hand side of the ring is the faint outline of a lithium polymer battery pouch. There's an inductive coil sitting right on top of the battery (the lines that look like a rectangular track) and another very similar inductive coil<br>https://www.ifixit.com/News/98423/samsungs-galaxy-ring-revealed (showing curved battery) |

**Samsung Claim Chart – U.S. Patent No. 12,429,909**

| Claims | Samsung Accused Product |
|---|---|
| | <br>https://www.ifixit.com/News/98423/samsungs-galaxy-ring-revealed (providing evidence of a printed circuit board)<br><br>https://www.ifixit.com/News/98423/samsungs-galaxy-ring-revealed (providing evidence of a printed circuit board) |

| Claims | Samsung Accused Product |
|---|---|
| | Upon information and belief, an internal potting is applied to at least partially fill the internal space of the external housing and cover the curved battery and the printed circuit board, wherein the internal potting adheres to the external housing. |
| **[1-D]** wherein the external housing and the internal plotting form a housing for the wearable ring device. | Samsung Accused Product is manufactured with the external housing and the internal potting forming a housing for the wearable ring device:<br><br> |

**Samsung Claim Chart – U.S. Patent No. 12,429,909**

| Claims | Samsung Accused Product |
|---|---|
| |  |

| Claims | Samsung Accused Product |
|---|---|
| | reduce the amount of clutter in the image.  On the right hand side of the ring is the faint outline of a lithium polymer battery pouch. There's an inductive coil sitting right on top of the battery (the lines that look like a rectangular track) and another very similar inductive coil<br>https://www.ifixit.com/News/98423/samsungs-galaxy-ring-revealed (showing evidence of external housing) |

**Samsung Claim Chart – U.S. Patent No. 12,429,909**

| Claims | Samsung Accused Product |
|---|---|
| | <br>https://www.ifixit.com/News/98423/samsungs-galaxy-ring-revealed (showing evidence of external housing) |

**Samsung Claim Chart – U.S. Patent No. 12,429,909**

| Claims | Samsung Accused Product |
|---|---|
| | <br><br>https://www.samsung.com/us/support/answer/ANS10003278/ (confirming water resistant external surface on external housing) |

| Claims | Samsung Accused Product |
| --- | --- |
| |   https://www.samsung.com/us/rings/galaxy-ring/ (confirming water resistant external surface on external housing) |