# EXHIBIT 16

**Samsung Claim Chart – U.S. Patent No. 12,222,759**

| Claims | Samsung Accused Product |
|---|---|
| **[17-P]** A finger-worn wearable ring device, comprising: | Plaintiff asserts that the preamble is limiting. Samsung Accused Product is a wearable ring device configured to be worn on a finger of a user. For example, Samsung advertises on its website that the Accused Product is a "health tracker" worn "on your finger":<br><br>https://www.samsung.com/us/rings/galaxy-ring/<br><br>**Fits like a dream**<br>Get personalized sleep insights with a sleep tracker that's so comfortable, you won't even notice it's there.[1]<br>https://www.samsung.com/us/rings/galaxy-ring/buy/galaxy-ring-titanium-gold-sm-q50xnzdaxar/ |
| **[17-A]** a housing having an interior surface and an exterior surface of the finger-worn wearable ring device, wherein at least a | Samsung Accused Product has a housing having an interior surface and an exterior surface of the finger-worn wearable ring device, wherein at least a portion of the interior surface, the exterior surface, or both, comprise one or more metallic materials (*i.e.*, titanium alloy). |

**Samsung Claim Chart – U.S. Patent No. 12,222,759**

| Claims | Samsung Accused Product |
| --- | --- |
| portion of the interior surface, the exterior surface, or both, comprise one or more metallic materials, |     |

**Samsung Claim Chart – U.S. Patent No. 12,222,759**

| Claims | Samsung Accused Product |
| --- | --- |
| | **Specs**<br><br>Display<br>**Color**: Titanium Black · **Material**: Titanium · **Size**: 9 sizes (US 5 - US 13)<br><br>Dimensions<br>**Width**: 7.0mm · **Thickness**: 2.6mm · **Weight**: 2.3g (US 5) - 3.2g (US 13)<br>**Shipping Weight**: 0.38 lb<br><br>Battery<br>**Ring**: 18mAh (US 5) - 23.5mAh (US 13) · **Charging case**: 361mAh · **Usage**: up to 7 days<br>**Full charge**: 80 min<br><br>Sensors<br>**Accelerometer**: Yes · **PPG**: 2PD + 3LED (R / 2xG / IR) · **Skin temperature**: NTC-Temperature Sensor<br><br>Other Features<br>**MCU**: nRF5340 (Nordic) · **RAM**: 512KB + 64KB · **Memory**: 8MB<br>**Connectivity**: Bluetooth® 5.4 · **Water Resistance**: 10ATM, IP68<br><br>https://www.samsung.com/us/rings/galaxy-ring/buy/galaxy-ring-titanium-gold-sm-q50xnzdaxar/ (showing metallic material: "Titanium")<br><br>**Note**: Product composition material (Ring)<br>• **Inner skin contact surface**: Epoxy<br>• **Outer surface**: Titanium<br><br>https://www.samsung.com/uk/support/mobile-devices/samsung-galaxy-ring-materials-and-wearing-precautions/ |

**Samsung Claim Chart – U.S. Patent No. 12,222,759**

| Claims | Samsung Accused Product |
|---|---|
| | <br>▲ The Galaxy Ring's Titanium Grade 5 finish and 10 ATM water resistance provide users with greater freedom in their daily lives.<br>https://news.samsung.com/global/unboxing-meet-galaxy-ring-a-personalized-health-care-device-encased-in-a-fancy-charging-case (identifying "Titanium Grade 5" alloy) |
| **[17-B]** wherein at least a portion of the interior surface is configured to contact a tissue of a user; | Samsung Accused Product has at least a portion of the interior surface that is configured to contact a tissue of a user:<br><br> |

<table>
<tr><th>Claims</th><th>Samsung Accused Product</th></tr>
<tr><td></td><td>
https://www.samsung.com/us/rings/galaxy-ring/buy/galaxy-ring-titanium-gold-sm-q50xnzdaxar/</td></tr>
<tr><td>[17-C] a curved battery positioned within a curved portion of the housing;</td><td>Samsung Accused Product has a curved battery positioned within a curved portion of the housing.</td></tr>
</table>

| Claims | Samsung Accused Product |
| --- | --- |
| |   |

**Samsung Claim Chart – U.S. Patent No. 12,222,759**

| Claims | Samsung Accused Product |
|---|---|
| | reduce the amount of clutter in the image.<br><br>On the right hand side of the ring is the faint outline of a lithium polymer battery pouch. There's an inductive coil sitting right on top of the battery (the lines that look like a rectangular track) and another very similar inductive coil<br>https://www.ifixit.com/News/98423/samsungs-galaxy-ring-revealed (showing curved battery) |
| **[17-D]** a printed circuit board disposed at least partially within the housing; | Samsung Accused Product has a printed circuit board disposed at least partially within the housing. |

| Claims | Samsung Accused Product |
|---|---|
| |     |

| Claims | Samsung Accused Product |
|---|---|
| |  https://www.ifixit.com/News/98423/samsungs-galaxy-ring-revealed (providing evidence of a printed circuit board) |
| **[17-E]** a plurality of sensors electrically coupled with the printed circuit board and the curved battery, | In the Samsung Accused Product, a plurality of sensors are electrically coupled with the printed circuit board and the curved battery: |

**Samsung Claim Chart – U.S. Patent No. 12,222,759**

<table>
<tr><th>Claims</th><th>Samsung Accused Product</th></tr>
<tr><td></td><td>




</td></tr>
</table>

| Claims | Samsung Accused Product |
|---|---|
| | **Specs**<br><br>Display<br>**Color**: Titanium Black<br>**Material**: Titanium<br>**Size**: 9 sizes (US 5 - US 13)<br><br>Dimensions<br>**Width**: 7.0mm<br>**Thickness**: 2.6mm<br>**Weight**: 2.3g (US 5) - 3.2g (US 13)<br>**Shipping Weight**: 0.38 lb<br><br>Battery<br>**Ring**: 18mAh (US 5) - 23.5mAh (US 13)<br>**Charging case**: 361mAh<br>**Usage**: up to 7 days<br>**Full charge**: 80 min<br><br>Sensors<br>**Accelerometer**: Yes<br>**PPG**: 2PD + 3LED (R / 2xG / IR)<br>**Skin temperature**: NTC-Temperature Sensor<br><br>Other Features<br>**MCU**: nRF5340 (Nordic)<br>**RAM**: 512KB + 64KB<br>**Memory**: 8MB<br>**Connectivity**: Bluetooth® 5.4<br>**Water Resistance**: 10ATM, IP68<br><br>https://www.samsung.com/us/rings/galaxy-ring/buy/galaxy-ring-titanium-gold-sm-q50xnzdaxar/ (showing sensors) |

**Samsung Claim Chart – U.S. Patent No. 12,222,759**

| Claims | Samsung Accused Product |
| --- | --- |
| |     |

| Claims | Samsung Accused Product |
|---|---|
| | <br><br>https://www.ifixit.com/News/98423/samsungs-galaxy-ring-revealed (printed circuit board)<br><br><br><br>https://www.ifixit.com/News/98423/samsungs-galaxy-ring-revealed (providing evidence of a printed circuit board coupled to battery)<br><br>Upon information and belief, the plurality of sensors are electrically coupled with the printed circuit board and the curved battery due to the physical connections shown above |
| **[17-F]** the plurality of sensors configured to acquire data from the | Samsung Accused Product has plurality of sensors configured to acquire data from the user to monitor at least one of physical activity, sleep, or health of the user. |

| Claims | Samsung Accused Product |
| --- | --- |
| user to monitor at least one of physical activity, sleep, or health of the user, the plurality of sensors comprising: |         |

**Samsung Claim Chart – U.S. Patent No. 12,222,759**

| Claims | Samsung Accused Product |
|---|---|
| |  <br>https://www.samsung.com/us/rings/galaxy-ring/<br><br>**Sleep**<br>Your Ring analyses your sleep by measuring your heart rate, blood oxygen, skin temperature, and more while you are sleeping.<br>https://www.samsung.com/levant/support/mobile-devices/how-to-use-the-samsung-galaxy-ring/ |

**Samsung Claim Chart – U.S. Patent No. 12,222,759**

| Claims | Samsung Accused Product |
|---|---|
| | <br>**Ready, set, track**<br>Automatically collect the insights you need with Auto Workout Detection as soon as you start a walk or run.[5]<br>https://www.samsung.com/us/rings/galaxy-ring/buy/galaxy-ring-titanium-gold-sm-q50xnzdaxar/<br><br>**Fits like a dream**<br>Get personalized sleep insights with a sleep tracker that's so comfortable, you won't even notice it's there.[1]<br>https://www.samsung.com/us/rings/galaxy-ring/buy/galaxy-ring-titanium-gold-sm-q50xnzdaxar/<br>The Galaxy Ring's ability to deliver a comprehensive range of health information, from sleep quality to daily activities, is rooted in its advanced built-in sensors. With a skin temperature sensor, heart rate monitor sensor and accelerometer, the Galaxy Ring's trio of state-of-the-art sensors encircle the user's finger – meticulously tracking data that is subsequently analyzed by Galaxy AI to provide personalized health insights. Users can access detailed health information and insights on the Samsung Health app.<br>https://news.samsung.com/global/unboxing-meet-galaxy-ring-a-personalized-health-care-device-encased-in-a-fancy-charging-case |
| **[17-G]** the plurality of sensors comprising one or more light-emitting | Samsung Accused Product one or more light-emitting components (*i.e.*, LEDs) configured to emit light associated with two or more wavelengths, wherein the two or more wavelengths include a first wavelength associated with infrared light and a second wavelength associated with visible light: |

| Claims | Samsung Accused Product |
| --- | --- |
| components configured to emit light associated with two or more wavelengths, wherein the two or more wavelengths include a first wavelength associated with infrared light and a second wavelength associated with visible light; and |   https://www.samsung.com/us/rings/galaxy-ring/ |

| Claims | Samsung Accused Product |
|---|---|
| | **Specs**<br>Display<br>**Color**: Titanium Black; **Material**: Titanium; **Size**: 9 sizes (US 5 - US 13)<br>Dimensions<br>**Width**: 7.0mm; **Thickness**: 2.6mm; **Weight**: 2.3g (US 5) - 3.2g (US 13)<br>**Shipping Weight**: 0.38 lb<br>Battery<br>**Ring**: 18mAh (US 5) - 23.5mAh (US 13); **Charging case**: 361mAh; **Usage**: up to 7 days<br>**Full charge**: 80 min<br>Sensors<br>**Accelerometer**: Yes; **PPG**: 2PD + 3LED (R / 2xG / IR); **Skin temperature**: NTC-Temperature Sensor<br>Other Features<br>**MCU**: nRF5340 (Nordic); **RAM**: 512KB + 64KB; **Memory**: 8MB<br>**Connectivity**: Bluetooth® 5.4; **Water Resistance**: 10ATM, IP68<br>https://www.samsung.com/us/rings/galaxy-ring/buy/galaxy-ring-titanium-gold-sm-q50xnzdaxar/ (showing one "R" or red LED that emits visible light, two "G" or green LEDs that emit visible light, and one "IR" or infrared LED that emits infrared light or near-infrared light) |
| **[17-H]** one or more light-receiving components configured to receive the light | Samsung Accused Product has one or more light receiving components (*i.e.*, photodetectors) configured to receive the light associated with the two or more wavelengths: |

**Samsung Claim Chart – U.S. Patent No. 12,222,759**

| Claims | Samsung Accused Product |
|---|---|
| associated with the two or more wavelengths; and | <br>https://www.samsung.com/us/rings/galaxy-ring/ |

| Claims | Samsung Accused Product |
|---|---|
| | Specs<br>Display<br>Color: Titanium Black; Material: Titanium; Size: 9 sizes (US 5 - US 13)<br>Dimensions<br>Width: 7.0mm; Thickness: 2.6mm; Weight: 2.3g (US 5) - 3.2g (US 13)<br>Shipping Weight: 0.38 lb<br>Battery<br>Ring: 18mAh (US 5) - 23.5mAh (US 13); Charging case: 361mAh; Usage: up to 7 days<br>Full charge: 80 min<br>Sensors<br>Accelerometer: Yes; PPG: 2PD + 3LED (R / 2xG / IR); Skin temperature: NTC-Temperature Sensor<br>Other Features<br>MCU: nRF5340 (Nordic); RAM: 512KB + 64KB; Memory: 8MB<br>Connectivity: Bluetooth® 5.4; Water Resistance: 10ATM, IP68<br>https://www.samsung.com/us/rings/galaxy-ring/buy/galaxy-ring-titanium-gold-sm-q50xnzdaxar/ (showing one "R" or red LED that emits visible light, two "G" or green LEDs that emit visible light, one "IR" or infrared LED that emits infrared light or near-infrared light, and two "PD" or photodetectors).<br><br>Upon information and belief, the one or more light receiving components identified above are configured to receive the light associated with the two or more wavelengths. |
| **[17-I]** a communication module | Samsung Accused Product has a communication module (*i.e.*, a Bluetooth chip) communicatively coupled with the plurality of sensors, the communication module configured to transmit the data acquired by the |

**Samsung Claim Chart – U.S. Patent No. 12,222,759**

| Claims | Samsung Accused Product |
|---|---|
| communicatively coupled with the plurality of sensors, the communication module configured to transmit the data acquired by the plurality of sensors, an analysis of the data generated by one or more processors of the finger-worn wearable ring device, or both, to a user device. | plurality of sensors, an analysis of the data generated by one or more processors of the finger-worn wearable ring device, or both, to a user device (*i.e.*, via the Samsung Health App).<br><br>**Specs**<br>Display<br>**Color**: Titanium Black<br>**Material**: Titanium<br>**Size**: 9 sizes (US 5 - US 13)<br>Dimensions<br>**Width**: 7.0mm<br>**Thickness**: 2.6mm<br>**Weight**: 2.3g (US 5) - 3.2g (US 13)<br>**Shipping Weight**: 0.38 lb<br>Battery<br>**Ring**: 18mAh (US 5) - 23.5mAh (US 13)<br>**Charging case**: 361mAh<br>**Usage**: up to 7 days<br>**Full charge**: 80 min<br>Sensors<br>**Accelerometer**: Yes<br>**PPG**: 2PD + 3LED (R / 2xG / IR)<br>**Skin temperature**: NTC-Temperature Sensor<br>Other Features<br>**MCU**: nRF5340 (Nordic)<br>**RAM**: 512KB + 64KB<br>**Memory**: 8MB<br>**Connectivity**: Bluetooth® 5.4<br>**Water Resistance**: 10ATM, IP68<br><br>https://www.samsung.com/us/rings/galaxy-ring/buy/galaxy-ring-titanium-gold-sm-q50xnzdaxar/ |

<table>
<tr><th>Claims</th><th>Samsung Accused Product</th></tr>
<tr><td></td><td>










</td></tr>
</table>

**Samsung Claim Chart – U.S. Patent No. 12,222,759**

| Claims | Samsung Accused Product |
|---|---|
| |   https://www.samsung.com/us/rings/galaxy-ring/ |

| Claims | Samsung Accused Product |
| --- | --- |
| | **Specs**<br><br>Display<br>**Color** Titanium Black \| **Material** Titanium \| **Size** 9 sizes (US 5 - US 13)<br><br>Dimensions<br>**Width** 7.0mm \| **Thickness** 2.6mm \| **Weight** 2.3g (US 5) - 3.2g (US 13)<br>**Shipping Weight** 0.38 lb<br><br>Battery<br>**Ring** 18mAh (US 5) - 23.5mAh (US 13) \| **Charging case** 361mAh \| **Usage** up to 7 days<br>**Full charge** 80 min<br><br>Sensors<br>**Accelerometer** Yes \| **PPG** 2PD + 3LED (R / 2xG / IR) \| **Skin temperature** NTC-Temperature Sensor<br><br>Other Features<br>**MCU** nRF5340 (Nordic) \| **RAM** 512KB + 64KB \| **Memory** 8MB<br>**Connectivity** Bluetooth® 5.4 \| **Water Resistance** 10ATM, IP68<br><br>https://www.samsung.com/us/rings/galaxy-ring/buy/galaxy-ring-titanium-gold-sm-q50xnzdaxar/ (showing "MCU" (microcontroller unit) "nRF3540 (Nordic)") |

| Claims | Samsung Accused Product |
|---|---|
| | Product overview<br><br>Last Updated Feb 12, 2025 \| 4 minute read \| Summarize \|<br><br># nRF53 Series # nRF5340 # Product Specifications<br><br>nRF5340 is a wireless, ultra-low power multicore System on Chip (SoC), integrating two fully programmable Arm® Cortex® -M33 processors, advanced security features, a range of peripherals, and a multiprotocol 2.4 GHz transceiver. The transceiver supports Bluetooth® Low Energy, ANT™, and IEEE 802.15.4 for Thread and Zigbee protocols. It also allows the implementation of proprietary 2.4 GHz protocols.<br><br>The two Arm Cortex-M33 processors share the power, clock, and peripheral architecture with Nordic Semiconductor nRF51, nRF52, and nRF91 Series of SoCs, ensuring minimal porting efforts. The application core is a full-featured Arm Cortex-M33 processor including DSP instructions and FPU, running at up to 128 MHz with 1 MB of flash and 512 kB of RAM. The option to run the application processor at 64 MHz allows the CPU to increase energy efficiency. The network core is an Arm Cortex-M33 processor with a reduced feature set, designed for ultra-low power operation. It runs at a fixed 64 MHz frequency and contains 256 kB of flash and 64 kB of RAM.<br><br>The peripheral set offers a variety of analog and digital functionality enabling single-chip implementation of a wide range of applications. Arm TrustZone® technology, Arm CryptoCell™-312, and supporting blocks for system protection and key management are embedded for the advanced security needed for IoT applications.<br><br>https://docs.nordicsemi.com/bundle/ps_nrf5340/page/chapters/soc_overview/doc/soc_overview.html |

**Samsung Claim Chart – U.S. Patent No. 12,222,759**

| Claims | Samsung Accused Product |
|---|---|
| | **Step 3** Main Board Side 2 - Connectivity<br><br><br>https://www.ifixit.com/News/98423/samsungs-galaxy-ring-revealed (providing evidence of one or more processors)<br><br>**Sleep**<br>Your Ring analyses your sleep by measuring your heart rate, blood oxygen, skin temperature, and more while you are sleeping.<br>https://www.samsung.com/levant/support/mobile-devices/how-to-use-the-samsung-galaxy-ring/<br><br>The Galaxy Ring's ability to deliver a comprehensive range of health information, from sleep quality to daily activities, is rooted in its advanced built-in sensors. With a skin temperature sensor, heart rate monitor sensor and accelerometer, the Galaxy Ring's trio of state-of-the-art sensors encircle the user's finger — meticulously tracking data that is subsequently analyzed by Galaxy AI to provide personalized health insights. Users can access detailed health information and insights on the Samsung Health app.<br>https://news.samsung.com/global/unboxing-meet-galaxy-ring-a-personalized-health-care-device-encased-in-a-fancy-charging-case<br><br>Upon information and belief, the communication module is communicatively coupled with the plurality of sensors, the communication module configured to transmit the data acquired by the plurality of sensors, an analysis of the data generated by one or more processors of the finger-worn wearable ring device, or both, to a user device. |