# EXHIBIT 17


SAMSUNG
Galaxy Ring


SKU : SM-Q500NZKAXAR
UPC
8 87276 87453 1
S/N : RFAY609ZH8J
S/N : RFAY609ZH8J
S/N (C) : RF2Y602FWNB
Size : 10
MADE IN VIETNAM BY SAMSUNG
Model : SM-Q500
SM-Q500NZKAXAR
887276874531
GH68-56244A
SAMSUNG
Galaxy Ring


Bluetooth®
Use with a smartphone running Android 11.0 or higher & 1.5GB memory above. Supported devices vary depending on your region, operator and device brand. Some features may not be available for non-Samsung mobile device users. Battery life may vary depending on usage and settings. Product illustration on box differs from the actual product. A samsung account is required to activate this device.
Packaging Contents: Set, Charger(Cradle), USB-C to USB-C Cable, Quick Start Guide/Terms and Conditions
IMPORTANT: By opening the package or using the product, you accept Samsung's Terms & Conditions & its Dispute Resolution Agreement (including arbitration). Full terms, warranty, & opt-out details are at www.samsung.com/us/Accessory-Legal & enclosed materials. Enclosed items imported. See each item for country of origin. This product meets current FCC Radio Frequency Emission Exposure Guidelines.
FCC Equipment Authorization ID number : A3LSMQ503(Ring) / A3LEPQQ503(Cradle)
Additional details within and at www.fcc.gov/oet/ea.
CAUTION! To avoid electric shock and damaging your device, do not charge it while it is wet or near liquids. Do not handle device, charger or cords with wet hands. ©2024 Samsung Electronics America, Inc. Samsung and Samsung Galaxy are trademarks of Samsung Electronics Co., Ltd. Bluetooth is a registered trademark of Bluetooth SIG Inc. Other marks are property of their respective owners. Device and related software not intended to diagnose, cure, mitigate, treat or prevent disease or other health conditions. Updated information at samsung.com.
For more information, please call 1-800-SAMSUNG (726-7864).
[ Galaxy Wearable ]
[ Samsung Health ]
RECYCLED Packaging
FSC FSC™ C115083
Box is recyclable. Recycling facilities for this product package may not exist in your area.
PRINTED WITH SOY INK™
WARNING : Reproductive Harm - www.P65Warnings.ca.gov
If seal is broken or altered, do not accept and contact your point of sale location for assistance.
Do not accept if seal is broken.
CAUTION SEALED PACKAGE
DO NOT ACCEPT IF SEAL IS BROKEN
Made in Vietnam
Box printed in Vietnam
$399.99